UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
OVERSEAS LEASE
GROUP, INC.,                                                                       :
                                                                                               08 Civ. 01696
                            Plaintiff,                                                :
                                                                                                **RULE 7.1**
         - against -                                                                 :    **STATEMENT**

KEY GOVERNMENT                                                         :
FINANCE, INC.,
                                                                                               :
                            Defendant.
------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Overseas Lease Group, Inc., a private non-government party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE

Dated:    New York, New York
              February 20, 2008

                                                           PAUL BATISTA, P.C.

                                                           By _____
                                                           PAUL BATISTA (PB8717)
                                                           Attorney for Plaintiff
                                                           Overseas Lease Group, Inc.
                                                           26 Broadway – Suite 1900
                                                           New York, New York 10004
                                                           (212) 980-0070 (Tel)
                                                           (212) 344-7677 (Fax)