UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OVERSEAS LEASE GROUP, INC.,   08 Civ. 01696

              Plaintiff,

              **RULE 7.1 STATEMENT**

- against -

KEY GOVERNMENT FINANCE, INC.,

              Defendant.
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Proceure 7.1 (formerly Local Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Key Government Finance, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:   NONE

Dated: Garden City, New York
       March 19, 2008

                          MORITT HOCK HAMROFF & HOROWITZ LLP
                          Attorneys for Defendant

                          By: _____
                              Marc L. Hamroff, Esq. (MH-9283)
                              Terese L. Arenth, Esq. (TA-5167)
                          400 Garden City Plaza
                          Garden City, New York 11530
                          (516) 873-2000

F:\Key Equipment Finance\Overseas\Docs\Rule 7.1 Statement.doc