UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OVERSEAS LEASE GROUP, INC.,                          08 Civ. 01696

               Plaintiff,

                                                 **APPEARANCE**

- against -

KEY GOVERNMENT FINANCE, INC.,

              Defendant.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Key Government Finance, Inc. I certify that I am admitted to practice in this Court.

Dated:  Garden City, New York
          March 19, 2008

                                        MORITT HOCK HAMROFF & HOROWITZ LLP
                                        Attorneys for Defendant

                                        By: _____
                                            Marc L. Hamroff, Esq. (MH-9283)
                                            Terese L. Arenth, Esq. (TA-5167)
                                        400 Garden City Plaza
                                        Garden City, New York 11530
                                        Tel:   (516) 873-2000
                                        Fax:   (516) 873-2010
                                        Email: mhamroff@moritthock.com
                                                  tarenth@moritthock.com

F:\Key Equipment Finance\Overseas\Docs\Appearance.doc