```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

OVERSEAS LEASE GROUP, INC.

          **Plaintiff,**

          - against -

KEY GOVERNMENT FINANCE, INC.

          **Defendant(s).**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**SCHEDULING ORDER**

08 Civ. 01696 (SAS)

**Conference Date:**

March 26, 2008

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on 2/13/08 (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties; March 26, 2008
For plaintiff: PAUL BATISTA, 26 Broadway, N.Y., N.Y. 10004, 212 980 0070
For defendant: TERESE ARENTH, 400 Garden City Plaza, Garden City, N.Y. 1530, 516 873 2000

(2)    a concise statement of the issues as they then appear;
Plaintiff seeks recovery for interference in contract, breach of contract. Defendant seeks recovery for breach of contract, declaratory judgment and breach of covenant of good faith and fair dealing.

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;
To be deposed by plaintiff: R. Garland, D. Karpel, and J. Braun; Vlop and Lekic to be deposed by defendant: E. Badcock, D. Zerbo, D. Paisner, J. Dolman, D. Schoff — all depositions to take place in June and July 2008

    (b) a schedule for the production of documents;
Document demands to be served by April 30, 2008. Responses by May 30, 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and No experts currently anticipated
    (ii) each expert's deposition will be completed;
non-party subpoenas + depos Aug + Sept

    (d) time when discovery is to be completed; ~~November 30, 2008~~ Sept. 30

    (e) the date by which plaintiff will supply its pre-trial order matters to defendant;
~~January 25, 2009~~ 10/10

Initial Disclosures — April 9
Doc. Requests

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

~~February 28, 2009~~   10/24

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

~~Oct #13 at 4³⁰~~

(leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders; *At the present time, counsel do not anticipate such limitations*

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement; *At the present time, counsel are not aware of any areas on which they could not agree*

(6) anticipated fields of expert testimony, if any; *N/A*

(7) anticipated length of trial and whether to court or jury; *5 Days and to Court*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires; *The Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires*

(9) names, addresses, phone numbers and signatures of counsel;

PAUL BATISTA, P.C.
By _Paul Batista (PB 8717)_
26 Broadway, NY NY 10004
212 980 0070

MORRITT HOCK HAMROFF
+ HOROWITZ LLP
By _Teresa L. Arenth (TA 5167)_
400 Garden City Plaza
Garden City, N.Y. 11530
516 873 2000

SO ORDERED:

_/s/ Shira A. Scheindlin_
SHIRA A. SCHEINDLIN
U.S.D.J.

3/26/08