

**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(212) 980-0070

e-mail: Batista007@aol.com                         Facsimile: (212) 344-7677

April 10, 2008



RECEIVED
CHAMBERS OF

APR 1 0 2008

JUDGE SCHEINDLIN

VIA TELECOPIER (212) 805-7920
Hon. Shira Scheindlin
United States District
   Court for the Southern District
   of New York
U.S. Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

   Re:   **Overseas Lease Group, Inc. v.**
         **Key Government Finance, Inc., 08 Civ. 01696 (SAS)(THK)**

Dear Judge Scheindlin:

I represent plaintiff Overseas Lease Group, Inc. in the above-entitled litigation.

As I discussed with Chambers this morning, I request a very brief adjournment of the pre-motion conference scheduled for Friday, April 18, 2008, as requested by defendant in its April 8, 2008 letter to the Court. The date had not been discussed with me beforehand.

There are two reasons for my request. First, I have already made reservations for a trip to Pittsburgh, Pennsylvania, to visit my four-month-old granddaughter beginning on Thursday, April 17.

Second, Mr. George Badcock, who is plaintiff's President and the person who is by far most familiar with the facts, is currently in Dubai on business and not available to me until Monday of next week. After conferring with Mr. Badcock, I will be able to submit a letter responding to defendant's letter no later than late Monday or Tuesday morning of next week. I understand the Court may have Tuesday, April 22, 2008 available for a pre-motion conference.

Respectfully submitted,

Paul Batista

CC:  Terese L. Arenth, Esq.
     (Via Telecopier 516-873-2010)
     Mr. E. George Badcock
     Donna Zerbo, Esq.

*[Handwritten note by Judge:]* The conference is rescheduled for Thursday, April 17, 2008, at 4:00 p.m.

SO ORDERED:

Dated: New York, New York
       April 10, 2008

Shira A. Scheindlin
U.S.D.J.