



Marc L. Hamroff
Partner
Email: mhamroff@moritthock.com

April 18, 2008

**VIA ECF AND FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    Re:    Overseas Lease Group, Inc. v. Key Government Finance, Inc.
            08 Civ. 01696 (SAS)(THK)

Dear Judge Scheindlin:

I represent defendant Key Government Finance, Inc. ("Key") in the above-referenced matter. Your Honor may recall that we were before you yesterday in connection with a pre-motion conference that has now been continued until April 23, 2008 at 3:00 p.m.

I will be away for the holiday from Monday - Wednesday, April 21 - 23, 2008 and request that the Court adjourn the conference to either April 24th or 25th (at any time).

The Court's accommodation would be greatly appreciated.

Very truly yours,

MARC L. HAMROFF

MLH:jds
cc: Paul Batista, Esq. (via fax)

*Handwritten endorsement:* Request Granted. The pre-motion Conference is adjourned to April 24, 2008 at 3:30 p.m. SO Ordered. [signature] U.S.D.J. 4/18/08

F:\Key Equipment Finance\Overseas\Correspondence\Scheindlin adj. 04 18 08.doc

400 Garden City Plaza, Garden City, New York 11530 | P: 516.873.2000 | F: 516.873.2010 | www.moritthock.com