

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OVERSEAS LEASE GROUP, INC.,

                Plaintiff,

   - against -

KEY GOVERNMENT FINANCE, INC.,

                Defendant.
------------------------------------------------------------x

08 Civ. 01696 (SAS)(THK)

**STIPULATION TO AMEND
ANSWER WITH
COUNTERCLAIMS**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties below as follows:

     1.    Defendant is hereby granted leave to amend its Answer with Counterclaims, which shall be filed with the Court and served upon Plaintiff on or before May 2, 2008,

     2.    Facsimile signatures shall constitute originals for purpose of this Stipulation.

Dated: Garden City, New York
       April 25, 2008

| | |
|---|---|
| PAUL BATISTA, P.C.<br>Attorneys for Plaintiff | MORITT HOCK HAMROFF &<br>  HOROWITZ LLP<br>Attorneys for Defendant |
| By: _[signature]_<br>   Paul Batista, Esq. (PB-8717)<br>26 Broadway - Suite 1900<br>New York, New York 10004<br>(212) 980-0070 | By: _[signature]_<br>   Terese L. Arenth, Esq. (TA-5167)<br>400 Garden City Plaza<br>Garden City, NY 11530<br>(516) 873-2000 |

                                                                SO ORDERED:

                                                                _[signature]_
                                                                Hon. Shira Scheindlin   4/29/08

F:\Key Equipment Finance\Overseas\Docs\Stipulation.Doc