UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
OVERSEAS LEASE GROUP, INC.,                                       08 Civ. 01696

                Plaintiff,

- against -

KEY GOVERNMENT FINANCE, INC.,

                Defendant.
-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU    )

    MARYANNE VOGEL, being duly sworn deposes and say:

    I am not a party to the action, am over 18 years of age and reside in Farmingdale, New York.

    On the 2nd day of May, 2008, I served true copies of the within NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND OTHER RELIEF, KARPEL AFFIDAVIT WITH EXHIBITS, ARENTH AFFIRMATION WITH EXHIBITS AND R.56 STATEMENT via first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

    PAUL BATISTA, P.C.
    26 Broadway - Suite 1900
    New York, New York  10004
    Attn:  Paul Batista, Esq.

                                                          MARYANNE VOGEL

Sworn to before me this
2nd day of May, 2008

_____
Notary Public

DAGMAR E. ROWINSKY
NOTARY PUBLIC, State of New York
No. 4789327
Qualified in Nassau County
Commission Expires 10-31-09

F:\Key Equipment Finance\Overseas\Docs\AOS NOM 5 2 08.doc