UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OVERSEAS LEASE GROUP, INC.,                                      08 Civ. 01696

                Plaintiff,

           - against -

KEY GOVERNMENT FINANCE, INC.,

                Defendant.
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NASSAU   )

      MARYANNE VOGEL, being duly sworn deposes and say:

      I am not a party to the action, am over 18 years of age and reside in Farmingdale, New York.

      On the 2nd day of May, 2008, I served true copies of the within DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FOURTH AMENDED COUNTERCLAIM AND OTHER RELIEF, via first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

      PAUL BATISTA, P.C.
      26 Broadway - Suite 1900
      New York, New York  10004
      Attn:  Paul Batista, Esq.

                                                            _/s/ Maryanne Vogel_
                                                           MARYANNE VOGEL

Sworn to before me this
2nd day of May, 2008

_/s/ Dagmar E. Rowinsky_
Notary Public

                              DAGMAR E. ROWINSKY
                          NOTARY PUBLIC, State of New York
                                 No. 4789327
                            Qualified in Nassau County
                            Commission Expires 10-31-09

F:\Key Equipment Finance\Overseas\Docs\AOS Defendant's Memo or Law 5 2 08.doc