UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

OVERSEAS LEASE GROUP, INC.,

                Plaintiff,         :     08 Civ. 01696 (SAS)

        - against -        :

KEY GOVERNMENT FINANCE, INC.,   :

               Defendant.   :

------------------------------------------------------------------- x

## AFFIRMATION OF E. GEORGE BADCOCK IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

E. GEORGE BADCOCK affirms under penalty of perjury as follows:

1.    I am President and Chief Executive Officer of plaintiff Overseas Lease Group, Inc. ("OLG"), a vehicle and equipment leasing company which specializes in providing lease solutions to government agencies, commercial entities and non-profit organizations doing business in developing countries. I submit this affirmation in opposition to defendant's motion for partial summary judgment. Except as otherwise specifically indicated, I have personal knowledge of the facts set forth in this affirmation.

### Introduction and Summary

2.    The position taken by defendant Key Government Finance, Inc. ("Key") – that it is entitled "to recover and dispose" of several hundred armored and unarmored vehicles owned by OLG and leased by OLG to the United States Department of Defense ("DOD" or "Defense Department") for use in Afghanistan

under the February 5, 2006 contract between the DOD and OLG (the "DOD Contract") – is wrong under the relevant agreements. In addition, Key's position is completely inconsistent with the practice of OLG and Key over the more than two years in which Key and OLG have been parties to an April 1, 2006 agreement (the "OLG-Key Agreement").

3.     Since early 2006, OLG has provided the vital function of leasing vehicles for use by the United States military in Afghanistan under the DOD Contract. That crucial contract – to which Key is <u>not</u> a party – is ongoing. OLG has never been in default under the DOD Contract and continues to provide essential support to the Defense Department.

4.     Moreover, OLG has never defaulted under the OLG-Key Agreement. OLG has always seen to it that Key has and will continue to receive from the Government the stream of revenue to which Key is entitled from OLG's lease of vehicles under the DOD Contract. In fact, as of the time of the preparation of this affirmation, I have just negotiated with the Defense Department the payment of millions of dollars to Key. As described later in this affirmation (<u>see</u> ¶¶ 18-21), the payments from the Defense Department will eliminate any claim by Key that it has sustained any financial damage.

### Factual Background

5.     As OLG's Chief Executive Officer, I was responsible for organizing and submitting to the Defense Department vehicle options and lease pricing as required in the DOD's lease contract solicitation which led to the award

of the DOD Contract, a 60-month vehicle lease contract awarded in January 2006 and executed on February 5, 2006.

6.      After the award of the DOD Contract, I was the person who initially contacted Key through its Director for Federal Programs, Howard Ulep, to discuss funding for the contract.   Together with Donna M. Zerbo, the General Counsel of OLG, I negotiated the terms and conditions of the lease contract funding.  As Ms. Zerbo explains in greater detail in her accompanying affirmation, the negotiations which resulted in the OLG-Key Agreement were conducted with Mr. Ulep and John Lekic, another officer of Key.  (David Karpel, whose affidavit is submitted in support of Key's motion, had no role in the negotiation or signing of the OLG-Key Agreement.)

7.      Throughout the 28-month history of the DOD Contract, I have dealt directly with all the DOD Contracting Officers and several senior military officers in Afghanistan.  As a result, I am totally familiar with all aspects of the DOD Contract as well as the Key relationship.

8.      In December 2005, the Defense Department issued a solicitation for a 60-month lease contract to supply up to 700 support vehicles in Afghanistan.  The vehicles were to be utilized at Camp Eggers and Camp Phoenix, both located in Kabul.  The official Solicitation and Request for Proposal required a response from bidders by December 27, 2005.

9.      During January 2006, OLG was notified that it was under consideration for the award of the contract.   The DOD requested several

clarifications and a commitment from OLG to stock fourteen (14) vehicles in Kabul for immediate use.  OLG agreed to do this and, as previously noted, the DOD Contract was executed on February 5, 2006.

10.    The DOD Contract itself, by definition and structure, is a closed end lease.  (I have been in the vehicle leasing business for approximately four decades.)  The vehicles are owned by the lessor (OLG) and the lessee (DOD) has use of the vehicles for a specific period and returns the vehicle to the lessor at the end of the lease term.  Included in a closed end lease such as the DOD Contract are restrictions and provisions as to the use and conditions under which the vehicle is returned to the lessor at the end of the term.  These provisions are stated in the Statement of Work section of the DOD Contract, a full copy of which is annexed as Exhibit 1 to this affirmation.

11.    As I previously stated, Ms. Zerbo and I negotiated the arrangement with Key.  The OLG-Key Agreement represents the sole document which guides the funding arrangement.  It centers on the outright purchase of lease payments by Key based upon a 60-month lease term utilizing monthly lease pricing included in the DOD Contract.

12.    The transaction is on a non-recourse basis.  Key represented that it assumed all risks, including the risk of non-renewal, and any potential losses which might occur.

13.    The funding arrangement is not a financing of the vehicles or the DOD Contract.  The OLG-Key Agreement language is clear on that:  OLG

granted Key a lien on each vehicle. The value of the lien was established by using the amortization schedules Key provided at the time of each individual Task Order funding. OLG did not allow for the transfer of title or vehicle ownership to Key. In fact, as Ms. Zerbo emphasizes in her affirmation, OLG rejected Key's proposal for this type of provision.

14.    In addition, OLG did not allow Key the right of repossession of any returned vehicle. The agreement between Key and OLG in fact denies Key the right of possession of any and all vehicles.

15.    Moreover, OLG and Key agreed to a "best efforts" clause in the agreement, which commits OLG to selling or re-leasing any and all vehicles which may be returned prior to the 60-month full lease term.

16.    OLG to date has entered into over thirty-five (35) Task Orders in fulfilling its contractual obligations of supplying lease vehicles to the Defense Department.

17.    In September 2007, the Contracting Officer unofficially informed OLG that vehicles leased under TO #31 and possibly TO #25 would most likely be returned to OLG and the next option year would not be exercised on those vehicles. Under the Federal Acquisition Regulations (FARs), the DOD cancelled the lease for convenience (see annexed Exhibit 1 at 91); this cancellation does not eliminate financial responsibility by the DOD.

18.    The Contracting Officer also determined that the DOD was not able to comply with the vehicle turn-in procedure procedure as defined and

required under the contract. As a result, a compromise or settlement arrangement was agreed on with the Contracting Officers in order to reach an end to each lease term for the retiring TOs. This discussion went on between OLG and the DOD Contracting Officers for several months (December 2007 through April 2008) during which time various vehicle usage options were requested, presented and discussed with the DOD. The vehicles continued under lease. In accordance with the DOD Contract, the DOD has acknowledged lease payments are due and owing until the final billing representing a settlement was agreed upon and payment confirmed (see annexed Exhibit 2, Brandon email of May 15, 2008). Therefore, no one but the DOD is entitled to possession of the vehicles until May 31, 2008.

19.    Contrary to Key's statement in various parts of this proceeding, the DOD did not return the TO #31 vehicles to OLG. The DOD on or about October 31, 2007 transported and parked the TO #31 vehicles in a storage lot at the No Lemon Service Center. The DOD made all arrangements directly with No Lemon management, not OLG. Email correspondence sent by Sergeant Marlon T. McGee, who at that time was the Motor Pool Coordinator at Camp Eggers, was directed to No Lemon, not OLG (see annexed Exhibit 3).

20.    Under the DOD Contract, only the assigned Contracting Officer can issue any and all notifications, extensions or other documents associated with the contract (see Exhibit 1, page 103). Sergeant McGee was unauthorized to act on behalf of the DOD or the Contracting Officer. His statement of the return was, in fact, not an official return under the DOD Contract.

21.    In the case of TO #31, to confirm the lease term was extended, a modification authorizing full lease payments for the period December 2007 through May 31, 2008 (see annexed Exhibit 4) has been issued and executed and will be paid to Key in early June.  A confirmation was recently issued from the Contracting Office that $1,005,486.33 will be incorporated into a modification with payment to Key also in early June (see annexed Exhibit 4).  Throughout the December 2007 to April 1, 2008 timeframe, the DOD requested various vehicle redeployment options, pricing and modifications.  These included:

- Up-armoring some or all of the Toyota Land Cruisers;

- Re-deploying vehicles to other bases throughout Afghanistan; and

- Purchasing some or all of the vehicles.

22.    OLG could not and did not interfere with Key's rights for the following reasons:

- The vehicles were not returned to OLG, officially or otherwise, until May 31, 2008.  The DOD maintained possession of the vehicles.  The DOD acknowledged continuance of TO #31 via email correspondence and commitment to pay all lease payouts (see Exhibit 4).

- Vehicles leased under TO #31 are under lease until May 31, 2008 and as such must remain available for redeployment or purchase by the DOD.

- Failure to allow the DOD access to the TO #31 vehicles for their use or re-deployment would result in a default situation because of non-

performance by OLG under the DOD Contract. This action would result in OLG's name being placed on the ineligible-to-bid U.S. Government Contracts List.

- OLG as the owner of the vehicles has the right, which we have exercised twice previously, to pay down the debt due Key on a per vehicle basis, which retires the lien, and thereafter re-lease or sell the vehicles.

- Documentation between the DOD and OLG enabling the vehicles to be re-leased or sold cannot be executed until the lease term officially ends using the DOD Contract turn-in document (see Exhibit 1) and the official end of use letter provided by the DOD which is required for the transfer of use and/or ownership of the vehicle within Afghanistan.

23. During a conference call with Key management on February 14, 2008, I stated that OLG could not allow Key to sell vehicles at that time for the reasons identified in this affirmation. Additionally, OLG has and will continue to incur costs associated with the repair, reconditioning, storage and insurance associated with vehicles returned under Task Orders #24, #25, #28 and #31 – costs for which OLG should be reimbursed from any sale proceeds.

24. Regarding TO #25, the DOD has notified OLG that twenty-two (22) vehicles will be renewed (see annexed Exhibit 5) under option year 2 pricing; two or three vehicles have been destroyed or lost and the balance have been returned to OLG on or about April 30, 2008.

25. As in the TO #31 situation, TO #25 remains alive with the DOD agreeing to pay all repair costs and two-months of additional lease payments

on the returned vehicles. As of this date, the repair costs are being tabulated in order to present a final bill to the DOD. A modification will be issued to extend the twenty-two vehicles.

26. Additional non-armored vehicles have been returned from TO #24 and TO #27 and will be processed and finalized under the same procedures as TO #25.

27. In summary, the DOD exercised its right to extend thirteen (13) Toyota Land Cruisers from TO #25, which are unavailable for sale by anyone.

28. Key refers to the sale of seventy (70) vehicles. In fact, the 70 vehicles are a combination of Toyota Land Cruisers from TO #31 and TO #25. As previously explained, 70 Toyota Land Cruisers are not available for sale. Additionally, the DOD continues to consider up-armoring and leasing some or all of the Toyota Land Cruisers under TO #31 and TO #25. In that case those vehicles would be directly utilized to protect DOD employees and enlisted personnel. The DOD has asked for additional time to reach a conclusion on this option.

29. OLG maintains its position that, as owner of the vehicles, we have the right to (i) negotiate with the DOD for the re-lease and/or sale of vehicles to be or already turned-in under existing Task Orders; (ii) pay down the debt on any specifically turned-in vehicles which will result in the lien release of that vehicle and the freedom allowing OLG to lease or sell that vehicle; and (iii) receive from the DOD any and all vehicles after their 60-month full term.

## Conclusion

30.    As the businessman who has been integrally involved in the relationship between OLG and the DOD, as well as in OLG's relationship with Key, I am frankly outraged by the position Key has taken.  I find it very revealing of the fraudulent nature of Key's current position that it has not submitted any affidavits or other evidence from Mr. Ulep – the executive of Key who negotiated the OLG-Key Agreement – or Mr. Lekic, another Key executive who negotiated the agreement.  Instead, Key's only "fact" affidavit is from David Karpel, a Key employee who became involved long after the relationship was established.

31.    Key certainly knows that the agreement never provided that Key would be entitled to possess the vehicles when they were officially returned by the DOD, and to sell, lease or otherwise dispose of them.  That was never the deal, and it is outrageous for Key to argue that it was.

32.    It was never a part of the deal that the vehicles would go to Key after they were returned by DOD.  What Key purchased was the stream of revenue projected under the five-year DOD Contract.  Key did not purchase the vehicles.  It did not purchase the right to possess and sell the vehicles at the end of their use by DOD.  Key does not have the right to take vehicles that have always been owned by OLG.

33.    To be blunt, what is happening here is that Key wants to seize huge financial prizes for the balance of the five-year lease term under the DOD Contract.  There are dozens of armored vehicles – as well as soft vehicles –

owned by OLG and still leased and used by the DOD in Afghanistan. As those armored vehicles in particular are returned to OLG over the next several years, they will have significant value. Key is using this case and this motion in a fraudulent attempt to steal those vehicles and their value from OLG as they are returned in the future by the DOD.

34.    For all the foregoing reasons, I respectfully request that the Court deny defendant's motion for partial summary judgment.

Dated:       May 22, 2008

_____

E. GEORGE BADCOCK

# EXHIBIT 1

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30* | 1 REQUISITION NUMBER | | PAGE 1 OF    131 |
|---|---|---|---|

| 2. CONTRACT NO.<br>W91B4M-06-D-0001-P00001 | 3. AWARD/EFFECTIVE DATE<br>19-Jan-2006 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER<br>W91B4M-06-R-0023 | 6. SOLICITATION ISSUE DATE<br>13-Dec-2005 |
|---|---|---|---|---|

| 7 FOR SOLICITATION<br>INFORMATION CALL | a. NAME<br>LESLIE G WESTCOTT | b. TELEPHONE NUMBER  *(No Collect Calls)*<br>DSN 318-237-3403 | 8. OFFER DUE DATE/LOCAL TIME<br>11:00 AM 31 Dec 2005 |
|---|---|---|---|

| 9 ISSUED BY                              CODE   W91B4M | 10. THIS ACQUISITION IS | 11. DELIVERY FOR FOB<br>DESTINATION UNLESS<br>BLOCK IS MARKED | 12. DISCOUNT TERMS |
|---|---|---|---|

PURCHASING & CONTRACTING
CONTRACTING OFFICE
WAZIR AKBAR KHAN AREA, SREET #10
CAMP EGGERS
AFGHANISTAN

TEL: 318-237-3229
FAX:

- [X] UNRESTRICTED
- [ ] SET ASIDE:         % FOR:
  - [ ] SMALL BUSINESS
  - [ ] HUBZONE SMALL BUSINESS
  - [ ] 8(A)

NAICS:
SIZE STANDARD:

- [ ] SEE SCHEDULE

13a. THIS CONTRACT IS A RATED ORDER
UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
- [ ] RFQ   [ ] IFB   [X] RFP

| 15. DELIVER TO                    CODE | 16. ADMINISTERED BY                    CODE |
|---|---|
| SEE SCHEDULE | SEE ITEM 9 |

| 17a. CONTRACTOR/ OFFEROR          CODE   3R2A7 | 18a. PAYMENT WILL BE MADE BY          CODE   HQ0302 |
|---|---|
| OVERSEAS LEASE GROUP, INC<br>GEORGE BADCOCK<br>110 EAST BROWARD BLVD<br>SUITE 1700<br>FT. LAUDERDALE FL 33301<br><br>TEL. 1-800-331-0599          FACILITY<br>CODE | DFAS ROME<br>DFAS-BVA/RO 325 BROOKS ROAD<br>ROME NY 13441-4527<br>UNITED STATES |

| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT<br>[ ] SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK<br>BELOW IS CHECKED  [ ] SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only)<br><br>$14,752,020.00 |
|---|---|

- [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED.    ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED
- [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES<br>[ ] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS<br>SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS<br>SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29. AWARD OF CONTRACT: REFERENCE<br>[X] OFFER DATED ____ . YOUR OFFER ON SOLICITATION<br>(BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE<br>SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:    SEE SCHEDULE |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br><br>*[signature]* | 31a. UNITED STATES OF AMERICA  (SIGNATURE OF CONTRACTING OFFICER)<br><br>*[signature]* | 31c. DATE SIGNED<br><br>05-Feb-2006 |
|---|---|---|
| 30b. NAME AND TITLE OF SIGNER<br>*(TYPE OR PRINT)*<br>E. George Badcock<br>President | 30c. DATE SIGNED<br><br>9-Feb-06 | 31b. NAME OF CONTRACTING OFFICER     *(TYPE OR PRINT)*<br><br>DAVID KAO / CONTRACTING OFFICER<br>TEL: 318-237-1018        EMAIL: david.kao@cfc-a.centcom.mil |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449   (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | PAGE 2 OF 131 |
|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |

SEE SCHEDULE

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY  *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | | 42b. RECEIVED AT  *(Location)* |
| | | 42c. DATE REC'D  *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 4/2002)  BACK
Prescribed by GSA
FAR (48 CFR) 53.212

W91B4M-06-D-0001
P00001
Page 3 of 131

Section SF 1449 - CONTINUATION SHEET

PRICE LIST AS OF 8 FEB 06

| ITEM | TYPE | SIZE | MODEL | TIER | Fuel Type Diesel | Fuel Type Petrol | Base Year Monthly Price | Option 1 Year Monthly Price | Option 2 Year Monthly Price | Option 3 Year Monthly Price | Option 4 Year Monthly Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SUV | Full | V8 Toyota Land Cruiser 4X4 | 1 | | X | $3,198.00 | $2,895.00 | $1,918.00 | $1,063.00 | $965.00 |
| 2 | SUV | Full | 6 Cylinder Toyota Land Cruiser 4X4 | 1 | X | | $2,316.00 | $2,208.00 | $1,580.00 | $985.00 | $885.00 |
| 3 | SUV | Full | V8 GM Tahoe 4X4 | 1 | | X | $2,013.00 | $1,975.00 | $1,467.00 | $956.00 | $856.00 |
| 4 | SUV | Full | V8 GM Tahoe 4X4 | 2 | | X | $2,013.00 | $1,975.00 | $1,467.00 | $956.00 | $856.00 |
| 5 | SUV | Full | V6 Mitsubishi Pajero 4X4 | 1 | | X | $1,357.00 | $1,454.00 | $1,211.00 | $897.00 | $795.00 |
| 6 | SUV | Full | V6 Mitsubishi Pajero 4X4 | 2 | | X | $1,357.00 | $1,454.00 | $1,211.00 | $897.00 | $795.00 |
| 7 | SUV | Full | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | 1 | X | | $1,545.00 | $1,607.00 | $1,281.00 | $907.00 | $805.00 |
| 8 | SUV | Full | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | 2 | X | | $1,545.00 | $1,607.00 | $1,281.00 | $907.00 | $805.00 |
| 9 | SUV | Full | V8 GMC Tahoe 4X4 | 1 | | X | $2,013.00 | $1,975.00 | $1,467.00 | $955.00 | $855.00 |
| 10 | SUV | Full | V8 GMC Tahoe 4X4 | 2 | | X | $2,013.00 | $1,975.00 | $1,467.00 | $955.00 | $855.00 |
| 11 | SUV | Full | V8 Chevrolet Suburban 4X4 | 1 | | X | $2,298.00 | $2,187.00 | $1,578.00 | $975.00 | $875.00 |
| 12 | SUV | Full | V8 Chevrolet Suburban 4X4 | 2 | | X | $2,298.00 | $2,187.00 | $1,578.00 | $975.00 | $875.00 |
| 13 | SUV | Mid | V8 GM Tahoe 4X4 | 1 | | X | $2,013.00 | $1,975.00 | $1,467.00 | $955.00 | $855.00 |
| 14 | SUV | Mid | V8 GM Tahoe 4X4 | 2 | | X | $2,013.00 | $1,975.00 | $1,467.00 | $955.00 | $855.00 |
| 15 | SUV | Mid | V6 Chevrolet Trailblazer 4X4 | 1 | | X | $1,705.00 | $1,730.00 | $1,344.00 | $926.00 | $825.00 |
| 16 | SUV | Mid | V6 Chevrolet Trailblazer 4X4 | 2 | | X | $1,705.00 | $1,730.00 | $1,344.00 | $926.00 | $825.00 |
| 17 | SUV | Mid | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | 1 | X | | $1,545.00 | $1,607.00 | $1,281.00 | $907.00 | $907.00 |
| 18 | SUV | Mid | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | 2 | X | | $1,545.00 | $1,607.00 | $1,281.00 | $907.00 | $907.00 |
| 19 | Van | Full | L300 Mitsubishi Minibus | 1 | X | X | $1,230.00 | $1,364.00 | $1,168.00 | $877.00 | $777.00 |
| 20 | Van | Full | L300 Mitsubishi Minibus | 2 | X | X | $1,230.00 | $1,364.00 | $1,168.00 | $877.00 | $777.00 |
| 21 | Truck | Mid | Toyota Hilux P/U Single Cab 4X4 Turbo Charge | 1 | X | X | $1,400.00 | $1,488.00 | $1,230.00 | $897.00 | $797.00 |
| 22 | Truck | Mid | Toyota Hilux P/U Single Cab 4X4 Turbo Charge | 2 | X | X | $1,400.00 | $1,488.00 | $1,230.00 | $897.00 | $797.00 |
| 23 | Truck | Full | Toyota Hilux P/u Extended Crew Cab 4 door 6 Passenger with cargo compartment cover 4X4 Turbo Charge | 1 | X | X | $1,588.00 | $1,640.00 | $1,293.00 | $916.00 | $816.00 |
| 24 | Truck | Full | Toyota Hilux P/u Extended Crew Cab 4 door 6 Passenger with cargo compartment cover 4X4 Turbo Charge | 2 | X | X | $1,588.00 | $1,640.00 | $1,293.00 | $916.00 | $816.00 |
| 25 | SUV | Full | V10 Ford Excursion 4X4 | 1 | | X | $2,982.00 | $2,729.00 | $1,836.00 | $1,043.00 | $943.00 |
| 26 | SUV | Full | V10 Ford Excursion 4X4 | 2 | | X | $2,982.00 | $2,729.00 | $1,836.00 | $1,043.00 | $943.00 |

TIER DESCRIPTION:

| TIER | KM | Manufacturer's Warranty |
|---|---|---|
| 1 | 0 to 20,000 | YES |
| 2 | 20,001 to 40,000 | YES |

W91B4M-06-D-0001
P00001
Page 4 of 131

*Full Size will hold 6 people

*Mid Size will hold 4 people

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 60 | Months | $3,198.00 | $191,880.00 |

ITEM 1
FFP
TOYOTA LAND CRUISER V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | |
|--|--|--|
| MAX NET AMT | | $191,880.00 |
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 5 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0002 | | 1,800 | Months | $2,316.00 | $4,168,800.00 |

ITEM 2
FFP
TOYOTA LAND CRUISER 6 CYLINDER 4X4 DIESEL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $4,168,800.00 |
| Funded Amount | $0.00 |

FOB:  Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0003 | | 60 | Months | $2,013.00 | $120,780.00 |

ITEM 3
FFP
GM TAHOE V8 4X4 PETROL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $120,780.00 |
| Funded Amount | $0.00 |

FOB:  Destination

W91B4M-06-D-0001
P00001
Page 6 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0004 | | 240 | Months | $2,013.00 | $483,120.00 |

ITEM 4
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  | | | | MAX NET AMT | $483,120.00 |
|--|--|--|--|------------|-------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0005 | | 1,800 | Months | $1,357.00 | $2,442,600.00 |

ITEM 5
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  | | | | MAX NET AMT | $2,442,600.00 |
|--|--|--|--|------------|---------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 7 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0006 | | 60 | Months | $1,357.00 | $81,420.00 |

ITEM 6
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  | MAX NET AMT | $81,420.00 |
|---|---|---|
|  | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0007 | | 1,800 | Months | $1,545.00 | $2,781,000.00 |

ITEM 7
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  | MAX NET AMT | $2,781,000.00 |
|---|---|---|
|  | Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 8 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 0008 | | 120 | Months | $1,545.00 | $185,400.00 |

ITEM 8
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | | | MAX NET AMT | | $185,400.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 0009 | | 240 | Months | $2,013.00 | $483,120.00 |

ITEM 9
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | MAX NET AMT | | $483,120.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 9 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0010 | | 120 | Months | $2,013.00 | $241,560.00 |

ITEM 10
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

_____

| | MAX NET AMT | $241,560.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0011 | | 60 | Months | $2,298.00 | $137,880.00 |

ITEM 11
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

_____

| | MAX NET AMT | $137,880.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0012 | | 60 | Months | $2,298.00 | $137,880.00 |

ITEM 12
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | | | MAX NET AMT | $137,880.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0013 | | 60 | Months | $2,013.00 | $120,780.00 |

ITEM 13
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | | | MAX NET AMT | $120,780.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0014    |                   | 60           | Months | $2,013.00 | $120,780.00 |

ITEM 14
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

---

|  |  | MAX NET AMT |  |  | $120,780.00 |
|--|--|--|--|--|--|

Funded Amount                                                                $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0015    |                   | 60           | Months | $1,705.00 | $102,300.00 |

ITEM 15
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

---

|  |  | MAX NET AMT |  |  | $102,300.00 |
|--|--|--|--|--|--|

Funded Amount                                                                $0.00

FOB: Destination

W91B4M-06-D-0001
P00001
Page 12 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0016 | | 60 | Months | $1,705.00 | $102,300.00 |

ITEM 16
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $102,300.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0017 | | 60 | Months | $1,545.00 | $92,700.00 |

ITEM 17
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $92,700.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 13 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0018 | | 120 | Months | $1,545.00 | $185,400.00 |

ITEM 18
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | | | MAX NET AMT | | $185,400.00 |
|--|--|--|-------------|--|-------------|

Funded Amount                                                                                     $0.00

FOB:  Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0019 | | 240 | Months | $1,230.00 | $295,200.00 |

ITEM 19
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | MAX NET AMT | | $295,200.00 |
|--|--|--|-------------|--|-------------|

Funded Amount                                                                                     $0.00

FOB:  Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0020 | | 240 | Months | $1,230.00 | $295,200.00 |

ITEM 20
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | | MAX NET AMT | $295,200.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0021 | | 180 | Months | $1,400.00 | $252,000.00 |

ITEM 21
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

| | | | | MAX NET AMT | $252,000.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 15 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0022 | | 180 | Months | $1,400.00 | $252,000.00 |

ITEM 22
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

| | MAX NET AMT | $252,000.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0023 | | 360 | Months | $1,588.00 | $571,680.00 |

ITEM 23
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 30EA X 12 Months = 360 Months/ Year

| | MAX NET AMT | $571,680.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 16 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0024 | | 120 | Months | $1,588.00 | $190,560.00 |

ITEM 24
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | | | | MAX NET AMT | $190,560.00 |
|---|---|---|---|---|---|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0025 | | 120 | Months | $2,982.00 | $357,840.00 |

ITEM 25
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | | | | MAX NET AMT | $357,840.00 |
|---|---|---|---|---|---|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 17 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0026 | | 120 | Months | $2,982.00 | $357,840.00 |

ITEM 26
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | MAX NET AMT | | | | $357,840.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1001 OPTION | | 60 | Months | $2,895.00 | $173,700.00 |

ITEM 1
FFP
TOYOTA LAND CRUISER V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | | | | $173,700.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 18 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 1002 OPTION | | 1,800 | Months | $2,208.00 | $3,974,400.00 |

ITEM 2
FFP
TOYOTA LAND CRUISER 6 CYLINDER 4X4 DIESEL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

---

|  | | | | MAX NET AMT | $3,974,400.00 |
|--|-|-|-|-------------|---------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 1003 OPTION | | 60 | Months | $1,975.00 | $118,500.00 |

ITEM 3
FFP
GM TAHOE V8 4X4 PETROL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

---

|  | | | | MAX NET AMT | $118,500.00 |
|--|-|-|-|-------------|-------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 19 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1004 OPTION | | 240 | Months | $1,975.00 | $474,000.00 |

ITEM 4
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | MAX NET AMT | | $474,000.00 |
|--|--|--|--|--|--|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1005 OPTION | | 1,800 | Months | $1,454.00 | $2,617,200.00 |

ITEM 5
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

| | | | MAX NET AMT | | $2,617,200.00 |
|--|--|--|--|--|--|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 20 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1006 OPTION | | 60 | Months | $1,454.00 | $87,240.00 |

ITEM 6
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  | | | | MAX NET AMT | $87,240.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1007 OPTION | | 1,800 | Months | $1,607.00 | $2,892,600.00 |

ITEM 7
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  | | | | MAX NET AMT | $2,892,600.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 21 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1008 OPTION | | 120 | Months | $1,607.00 | $192,840.00 |

ITEM 8
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | | | | $192,840.00 |
|--|-------------|--|--|--|-------------|
| Funded Amount | | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1009 OPTION | | 240 | Months | $1,975.00 | $474,000.00 |

ITEM 9
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  | MAX NET AMT | | | | $474,000.00 |
|--|-------------|--|--|--|-------------|
| Funded Amount | | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 22 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1010 OPTION | | 120 | Months | $1,975.00 | $237,000.00 |
| | ITEM 10 FFP GM TAHOE V8 4X4 PETROL TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty Full Size holds 6 people 1YR Vehicle Lease In Accordance With Statement of Work | | | | |
| | Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year | | | | |

| | | MAX NET AMT | | | $237,000.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1011 OPTION | | 60 | Months | $2,187.00 | $131,220.00 |
| | ITEM 11 FFP CHEVROLET SUBURBAN V8 4X4 PETROL TIER 1: 0 to 20,000 Km with Manufacturer's Warranty Full Size holds 6 people 1YR Vehicle Lease In Accordance With Statement of Work | | | | |
| | Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year | | | | |

| | | MAX NET AMT | | | $131,220.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 23 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1012 OPTION | | 60 | Months | $2,187.00 | $131,220.00 |

ITEM 12
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | | | | $131,220.00 |
|--|--|--|--|--|--|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1013 OPTION | | 60 | Months | $1,975.00 | $118,500.00 |

ITEM 13
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | | | | $118,500.00 |
|--|--|--|--|--|--|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 24 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1014 OPTION | | 60 | Months | $1,975.00 | $118,500.00 |

ITEM 14
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $118,500.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1015 OPTION | | 60 | Months | $1,730.00 | $103,800.00 |

ITEM 15
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $103,800.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 25 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1016 OPTION | | 60 | Months | $1,730.00 | $103,800.00 |

ITEM 16
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $103,800.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1017 OPTION | | 60 | Months | $1,607.00 | $96,420.00 |

ITEM 17
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $96,420.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 26 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1018 OPTION | | 120 | Months | $1,607.00 | $192,840.00 |

ITEM 18
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | | | MAX NET AMT | | $192,840.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1019 OPTION | | 240 | Months | $1,364.00 | $327,360.00 |

ITEM 19
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | MAX NET AMT | | $327,360.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 27 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1020 OPTION | | 240 | Months | $1,364.00 | $327,360.00 |

ITEM 20
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | MAX NET AMT | $327,360.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1021 OPTION | | 180 | Months | $1,488.00 | $267,840.00 |

ITEM 21
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

| | MAX NET AMT | $267,840.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 28 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1022 OPTION | | 180 | Months | $1,488.00 | $267,840.00 |

ITEM 22
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $267,840.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1023 OPTION | | 360 | Months | $1,640.00 | $590,400.00 |

ITEM 23
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 30EA X 12 Months = 360 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $590,400.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 29 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1024 OPTION | | 120 | Months | $1,640.00 | $196,800.00 |

ITEM 24
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | | | | MAX NET AMT | $196,800.00 |
|--|--|--|--|--|--|

Funded Amount                                                                          $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1025 OPTION | | 120 | Months | $2,729.00 | $327,480.00 |

ITEM 25
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | | | | MAX NET AMT | $327,480.00 |
|--|--|--|--|--|--|

Funded Amount                                                                          $0.00

FOB: Destination

W91B4M-06-D-0001
P00001
Page 30 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1026 OPTION | | 120 | Months | $2,729.00 | $327,480.00 |

ITEM 26
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | | | | $327,480.00 |
|--|-------------|--|--|--|------------|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2001 OPTION | | 60 | Months | $1,918.00 | $115,080.00 |

ITEM 1
FFP
TOYOTA LAND CRUISER V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  | MAX NET AMT | | | | $115,080.00 |
|--|-------------|--|--|--|------------|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 31 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2002 OPTION | | 1,800 | Months | $1,580.00 | $2,844,000.00 |

ITEM 2
FFP
TOYOTA LAND CRUISER 6 CYLINDER 4X4 DIESEL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

| | MAX NET AMT | $2,844,000.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2003 OPTION | | 60 | Months | $1,467.00 | $88,020.00 |

ITEM 3
FFP
GM TAHOE V8 4X4 PETROL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | $88,020.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 32 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2004 OPTION | | 240 | Months | $1,467.00 | $352,080.00 |

ITEM 4
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | | MAX NET AMT | $352,080.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination


| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2005 OPTION | | 1,800 | Months | $1,211.00 | $2,179,800.00 |

ITEM 5
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

| | | | | MAX NET AMT | $2,179,800.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 33 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2006 OPTION | | 60 | Months | $1,211.00 | $72,660.00 |

ITEM 6
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | $72,660.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2007 OPTION | | 1,800 | Months | $1,281.00 | $2,305,800.00 |

ITEM 7
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

| | MAX NET AMT | $2,305,800.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2008 OPTION | | 120 | Months | $1,281.00 | $153,720.00 |

ITEM 8
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | | $153,720.00 |
|---|---|---|---|
|  | Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2009 OPTION | | 240 | Months | $1,467.00 | $352,080.00 |

ITEM 9
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  | MAX NET AMT | | $352,080.00 |
|---|---|---|---|
|  | Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 35 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2010 OPTION | | 120 | Months | $1,467.00 | $176,040.00 |

ITEM 10
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $176,040.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2011 OPTION | | 60 | Months | $1,578.00 | $94,680.00 |

ITEM 11
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $94,680.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 36 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2012 OPTION | | 60 | Months | $1,578.00 | $94,680.00 |

ITEM 12
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $94,680.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2013 OPTION | | 60 | Months | $1,467.00 | $88,020.00 |

ITEM 13
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $88,020.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2014 OPTION | | 60 | Months | $1,467.00 | $88,020.00 |

ITEM 14
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | | | MAX NET AMT | $88,020.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB:  Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2015 OPTION | | 60 | Months | $1,344.00 | $80,640.00 |

ITEM 15
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | | | MAX NET AMT | $80,640.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB:  Destination

W91B4M-06-D-0001
P00001
Page 38 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2016 OPTION | | 60 | Months | $1,344.00 | $80,640.00 |

ITEM 16
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | |
|---|---|---|
| | MAX NET AMT | $80,640.00 |
| | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2017 OPTION | | 60 | Months | $1,281.00 | $76,860.00 |

ITEM 17
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | |
|---|---|---|
| | MAX NET AMT | $76,860.00 |
| | Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 39 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2018 OPTION | | 120 | Months | $1,281.00 | $153,720.00 |

ITEM 18
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | $153,720.00 |
|--|-------------|-------------|
|  | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2019 OPTION | | 240 | Months | $1,168.00 | $280,320.00 |

ITEM 19
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  | MAX NET AMT | $280,320.00 |
|--|-------------|-------------|
|  | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2020 OPTION | | 240 | Months | $1,168.00 | $280,320.00 |

ITEM 20
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | MAX NET AMT | | $280,320.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2021 OPTION | | 180 | Months | $1,230.00 | $221,400.00 |

ITEM 21
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

| | | | MAX NET AMT | | $221,400.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2022 OPTION | | 180 | Months | $1,230.00 | $221,400.00 |

ITEM 22
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

|  | | | MAX NET AMT | | $221,400.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2023 OPTION | | 360 | Months | $1,293.00 | $465,480.00 |

ITEM 23
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 30EA X 12 Months = 360 Months/ Year

|  | | | MAX NET AMT | | $465,480.00 |
|---|---|---|---|---|---|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 42 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2024 OPTION | | 120 | Months | $1,293.00 | $155,160.00 |

ITEM 24
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | $155,160.00 |
|---|---|---|
|  | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2025 OPTION | | 120 | Months | $1,836.00 | $220,320.00 |

ITEM 25
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | $220,320.00 |
|---|---|---|
|  | Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 43 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2026 OPTION | | 120 | Months | $1,836.00 | $220,320.00 |

ITEM 26
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | MAX NET AMT | $220,320.00 |
|--|-------------|-------------|

Funded Amount                                                                                      $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3001 OPTION | | 60 | Months | $1,063.00 | $63,780.00 |

ITEM 1
FFP
TOYOTA LAND CRUISER V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | $63,780.00 |
|--|-------------|------------|

Funded Amount                                                                                      $0.00

FOB: Destination

W91B4M-06-D-0001
P00001
Page 44 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3002<br>OPTION | | 1,800 | Months | $985.00 | $1,773,000.00 |

ITEM 2
FFP
TOYOTA LAND CRUISER 6 CYLINDER 4X4 DIESEL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

| | | |
|---|---|---|
| MAX<br>NET AMT | | $1,773,000.00 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3003<br>OPTION | | 60 | Months | $956.00 | $57,360.00 |

ITEM 3
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | |
|---|---|---|
| MAX<br>NET AMT | | $57,360.00 |
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 45 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3004 OPTION | | 240 | Months | $956.00 | $229,440.00 |

ITEM 4
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $229,440.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3005 OPTION | | 1,800 | Months | $897.00 | $1,614,600.00 |

ITEM 5
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $1,614,600.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 46 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3006 OPTION | | 60 | Months | $897.00 | $53,820.00 |

ITEM 6
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $53,820.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3007 OPTION | | 1,800 | Months | $907.00 | $1,632,600.00 |

ITEM 7
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  |  |
|--|--|
| MAX NET AMT | $1,632,600.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3008 OPTION | | 120 | Months | $907.00 | $108,840.00 |

ITEM 8
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | MAX NET AMT | $108,840.00 |
|--|-------------|-------------|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3009 OPTION | | 240 | Months | $955.00 | $229,200.00 |

ITEM 9
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | MAX NET AMT | $229,200.00 |
|--|-------------|-------------|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 48 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3010 OPTION | | 120 | Months | $955.00 | $114,600.00 |

ITEM 10
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | | MAX NET AMT | | | $114,600.00 |
|--|--|-------------|--|--|-------------|
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3011 OPTION | | 60 | Months | $975.00 | $58,500.00 |

ITEM 11
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | | MAX NET AMT | | | $58,500.00 |
|--|--|-------------|--|--|------------|
| | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 49 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3012 OPTION | | 60 | Months | $975.00 | $58,500.00 |

ITEM 12
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $58,500.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3013 OPTION | | 60 | Months | $955.00 | $57,300.00 |

ITEM 13
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $57,300.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 50 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3014 OPTION | | 60 | Months | $955.00 | $57,300.00 |

ITEM 14
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $57,300.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3015 OPTION | | 60 | Months | $926.00 | $55,560.00 |

ITEM 15
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $55,560.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 51 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3016 OPTION | | 60 | Months | $926.00 | $55,560.00 |

ITEM 16
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  | MAX NET AMT | $55,560.00 |
|---|---|---|
|  | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3017 OPTION | | 60 | Months | $907.00 | $54,420.00 |

ITEM 17
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  | MAX NET AMT | $54,420.00 |
|---|---|---|
|  | Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 52 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3018 OPTION | | 120 | Months | $907.00 | $108,840.00 |

ITEM 18
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | MAX NET AMT | $108,840.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3019 OPTION | | 240 | Months | $877.00 | $210,480.00 |

ITEM 19
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | MAX NET AMT | $210,480.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 53 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3020 OPTION | | 240 | Months | $877.00 | $210,480.00 |

ITEM 20
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $210,480.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3021 OPTION | | 180 | Months | $897.00 | $161,460.00 |

ITEM 21
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $161,460.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 54 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 3022 OPTION | | 180 | Months | $897.00 | $161,460.00 |

ITEM 22
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $161,460.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 3023 OPTION | | 360 | Months | $916.00 | $329,760.00 |

ITEM 23
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 30EA X 12 Months = 360 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $329,760.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 55 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3024 OPTION | | 120 | Months | $916.00 | $109,920.00 |

ITEM 24
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | | | | MAX NET AMT | $109,920.00 |
|--|--|--|--|-------------|-------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3025 OPTION | | 120 | Months | $1,043.00 | $125,160.00 |

ITEM 25
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | | | | MAX NET AMT | $125,160.00 |
|--|--|--|--|-------------|-------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 56 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3026 OPTION | | 120 | Months | $1,043.00 | $125,160.00 |

ITEM 26
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | MAX NET AMT | $125,160.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4001 OPTION | | 60 | Months | $965.00 | $57,900.00 |

ITEM 1
FFP
TOYOTA LAND CRUISER V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

| | MAX NET AMT | $57,900.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 57 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4002 OPTION | | 1,800 | Months | $885.00 | $1,593,000.00 |

ITEM 2
FFP
TOYOTA LAND CRUISER 6 CYLINDER 4X4 DIESEL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

_____

|  | MAX NET AMT | $1,593,000.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB:  Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4003 OPTION | | 60 | Months | $856.00 | $51,360.00 |

ITEM 3
FFP
GM TAHOE V8 4X4 PETROL
TIER 1:  0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

_____

|  | MAX NET AMT | $51,360.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB:  Destination

W91B4M-06-D-0001
P00001
Page 58 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4004 OPTION | | 240 | Months | $856.00 | $205,440.00 |

ITEM 4
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | MAX NET AMT | $205,440.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4005 OPTION | | 1,800 | Months | $795.00 | $1,431,000.00 |

ITEM 5
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

| | MAX NET AMT | $1,431,000.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 59 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4006 OPTION | | 60 | Months | $795.00 | $47,700.00 |

ITEM 6
FFP
MITSUBISHI PAJERO V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $47,700.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4007 OPTION | | 1,800 | Months | $805.00 | $1,449,000.00 |

ITEM 7
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $1,449,000.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 60 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4008 OPTION | | 120 | Months | $805.00 | $96,600.00 |

ITEM 8
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

|  |  |  |
|--|--|--|
| | MAX NET AMT | $96,600.00 |
| | Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4009 OPTION | | 240 | Months | $855.00 | $205,200.00 |

ITEM 9
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

|  |  |  |
|--|--|--|
| | MAX NET AMT | $205,200.00 |
| | Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 61 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 4010 OPTION | | 120 | Months | $855.00 | $102,600.00 |

ITEM 10
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

|  |  |  |
|--|--|--|
| MAX NET AMT | | $102,600.00 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 4011 OPTION | | 60 | Months | $875.00 | $52,500.00 |

ITEM 11
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |  |
|--|--|--|
| MAX NET AMT | | $52,500.00 |
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 62 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4012 OPTION | | 60 | Months | $875.00 | $52,500.00 |

ITEM 12
FFP
CHEVROLET SUBURBAN V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $52,500.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4013 OPTION | | 60 | Months | $855.00 | $51,300.00 |

ITEM 13
FFP
GM TAHOE V8 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $51,300.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 63 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4014 OPTION | | 60 | Months | $855.00 | $51,300.00 |

ITEM 14
FFP
GM TAHOE V8 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $51,300.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4015 OPTION | | 60 | Months | $825.00 | $49,500.00 |

ITEM 15
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $49,500.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 64 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4016 OPTION | | 60 | Months | $825.00 | $49,500.00 |

ITEM 16
FFP
CHEVROLET TRAILBLAZER V6 4X4 PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $49,500.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4017 OPTION | | 60 | Months | $907.00 | $54,420.00 |

ITEM 17
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 5EA X 12 Months = 60 Months/ Year

|  |  |
|---|---|
| MAX NET AMT | $54,420.00 |
| Funded Amount | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 65 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4018 OPTION | | 120 | Months | $907.00 | $108,840.00 |

ITEM 18
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL CHARGE
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 10EA X 12 Months = 120 Months/ Year

| | | | | MAX NET AMT | $108,840.00 |
|---|---|---|---|---|---|

Funded Amount                                                         $0.00

FOB: Destination


| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4019 OPTION | | 240 | Months | $777.00 | $186,480.00 |

ITEM 19
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | | | | MAX NET AMT | $186,480.00 |
|---|---|---|---|---|---|

Funded Amount                                                         $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4020 OPTION | | 240 | Months | $777.00 | $186,480.00 |

ITEM 20
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

| | MAX NET AMT | $186,480.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4021 OPTION | | 180 | Months | $797.00 | $143,460.00 |

ITEM 21
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

| | MAX NET AMT | $143,460.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4022 OPTION | | 180 | Months | $797.00 | $143,460.00 |

ITEM 22
FFP
TOYOTA HI-LUX P/U SINGLE CAB 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 15EA X 12 Months = 180 Months/ Year

|  | | | | MAX NET AMT | $143,460.00 |
|--|--|--|--|-------------|-------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4023 OPTION | | 360 | Months | $816.00 | $293,760.00 |

ITEM 23
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 30EA X 12 Months = 360 Months/ Year

|  | | | | MAX NET AMT | $293,760.00 |
|--|--|--|--|-------------|-------------|
|  | Funded Amount | | | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 68 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4024 OPTION | | 120 | Months | $816.00 | $97,920.00 |

ITEM 24
FFP
TOYOTA HI-LUX P/U EXTENDED CAB WITH CARGO COVER 4X4
DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | | |
|---|---|---|
| MAX NET AMT | | $97,920.00 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4025 OPTION | | 120 | Months | $943.00 | $113,160.00 |

ITEM 25
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

| | | |
|---|---|---|
| MAX NET AMT | | $113,160.00 |
| Funded Amount | | $0.00 |

FOB: Destination

W91B4M-06-D-0001
P00001
Page 69 of 131

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4026 OPTION | | 120 | Months | $943.00 | $113,160.00 |

ITEM 26
FFP
FORD EXCURSION V10 4X4 DIESEL OR PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 10EA X 12 Months = 120 Months/ Year

|  | MAX NET AMT | $113,160.00 |
|---|---|---|
| Funded Amount | | $0.00 |

FOB: Destination

## CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table.  The maximum quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|
| 600.00 | | 32,700.00 | |

## DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND ORDER VALUE

The minimum quantity and order value for each Delivery/Task Order issued shall not be less than the minimum quantity and order value stated in the following table.  The maximum quantity and order value for each Delivery/Task Order issued shall not exceed the maximum quantity and order value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|
| 12.00 | | 1,080.00 | |

## CLIN MINIMUM/MAXIMUM QUANTITY AND CLIN VALUE

W91B4M-06-D-0001
P00001
Page 70 of 131

The minimum quantity(s) and CLIN value(s) for all orders issued against the CLIN(s) on this contract shall not be less than the minimum quantity(s) and CLIN value(s) stated in the following table. The maximum quantity(s) and CLIN value(s) for all orders issued against the CLIN(s) on this contract shall not exceed the maximum quantity(s) and CLIN value(s) stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|------|------------------|----------------|------------------|----------------|
| 3021 | 12.00 | | 240.00 | |
| 3022 | 12.00 | | 180.00 | |
| 3023 | 12.00 | | 360.00 | |
| 3024 | 12.00 | | 120.00 | |
| 3025 | 12.00 | | 120.00 | |
| 4021 | 12.00 | | 180.00 | |
| 4023 | 12.00 | | 360.00 | |
| 4025 | 12.00 | | 120.00 | |
| 4022 | 12.00 | | 180.00 | |
| 4024 | 12.00 | | 120.00 | |
| 4026 | 12.00 | | 120.00 | |
| 0003 | 12.00 | | 60.00 | |
| 0004 | 12.00 | | 240.00 | |
| 0005 | 12.00 | | 1,800.00 | |
| 0006 | 12.00 | | 60.00 | |
| 0007 | 12.00 | | 1,800.00 | |
| 0008 | 12.00 | | 120.00 | |
| 0010 | 12.00 | | 120.00 | |
| 0011 | 12.00 | | 60.00 | |
| 0012 | 12.00 | | 60.00 | |
| 0013 | 12.00 | | 60.00 | |
| 0014 | 12.00 | | 60.00 | |
| 0015 | 12.00 | | 60.00 | |
| 0017 | 12.00 | | 60.00 | |
| 0018 | 12.00 | | 120.00 | |
| 0019 | 12.00 | | 240.00 | |
| 0020 | 12.00 | | 240.00 | |
| 0021 | 12.00 | | 180.00 | |
| 0022 | 12.00 | | 180.00 | |
| 0023 | 12.00 | | 360.00 | |
| 0025 | 12.00 | | 120.00 | |
| 0024 | 12.00 | | 120.00 | |
| 0026 | 12.00 | | 120.00 | |
| 1021 | 12.00 | | 180.00 | |
| 0001 | 12.00 | | 60.00 | |
| 0002 | 12.00 | | 1,800.00 | |
| 0009 | 12.00 | | 240.00 | |
| 0016 | 12.00 | | 60.00 | |
| 1022 | 12.00 | | 180.00 | |
| 1023 | 12.00 | | 360.00 | |
| 1024 | 12.00 | | 120.00 | |
| 1025 | 12.00 | | 120.00 | |
| 1026 | 12.00 | | 120.00 | |
| 2021 | 12.00 | | 180.00 | |
| 2023 | 12.00 | | 360.00 | |
| 2025 | 12.00 | | 120.00 | |
| 2022 | 12.00 | | 180.00 | |

W91B4M-06-D-0001
P00001
Page 71 of 131

| | | |
|---|---|---|
| 2024 | 12.00 | 120.00 |
| 2026 | 12.00 | 120.00 |
| 3026 | 12.00 | 120.00 |
| 4001 | 12.00 | 60.00 |
| 4002 | 12.00 | 1,800.00 |
| 4003 | 12.00 | 60.00 |
| 4004 | 12.00 | 240.00 |
| 4005 | 12.00 | 1,800.00 |
| 4006 | 12.00 | 60.00 |
| 4008 | 12.00 | 120.00 |
| 4009 | 12.00 | 240.00 |
| 4010 | 12.00 | 120.00 |
| 4011 | 12.00 | 60.00 |
| 4012 | 12.00 | 60.00 |
| 4013 | 12.00 | 60.00 |
| 4015 | 12.00 | 60.00 |
| 4017 | 12.00 | 60.00 |
| 4019 | 12.00 | 240.00 |
| 4016 | 12.00 | 60.00 |
| 4018 | 12.00 | 120.00 |
| 4020 | 12.00 | 240.00 |
| 1001 | 12.00 | 60.00 |
| 1003 | 12.00 | 60.00 |
| 1005 | 12.00 | 1,800.00 |
| 1007 | 12.00 | 1,800.00 |
| 1002 | 12.00 | 1,800.00 |
| 1004 | 12.00 | 240.00 |
| 1006 | 12.00 | 60.00 |
| 1008 | 12.00 | 120.00 |
| 1009 | 12.00 | 240.00 |
| 1011 | 12.00 | 60.00 |
| 1013 | 12.00 | 60.00 |
| 1015 | 12.00 | 60.00 |
| 1017 | 12.00 | 60.00 |
| 1019 | 12.00 | 240.00 |
| 1010 | 12.00 | 120.00 |
| 1012 | 12.00 | 60.00 |
| 1014 | 12.00 | 60.00 |
| 1016 | 12.00 | 60.00 |
| 1018 | 12.00 | 120.00 |
| 1020 | 12.00 | 240.00 |
| 2002 | 12.00 | 1,800.00 |
| 2009 | 12.00 | 240.00 |
| 2016 | 12.00 | 60.00 |
| 2018 | 12.00 | 120.00 |
| 2020 | 12.00 | 240.00 |
| 2001 | 12.00 | 60.00 |
| 2003 | 12.00 | 60.00 |
| 2004 | 12.00 | 240.00 |
| 2005 | 12.00 | 1,800.00 |
| 2006 | 12.00 | 60.00 |
| 2007 | 12.00 | 1,800.00 |
| 2008 | 12.00 | 120.00 |
| 2010 | 12.00 | 120.00 |

W91B4M-06-D-0001
P00001
Page 72 of 131

| | | |
|------|-------|----------|
| 2011 | 12.00 | 60.00 |
| 2012 | 12.00 | 60.00 |
| 2013 | 12.00 | 60.00 |
| 2014 | 12.00 | 60.00 |
| 2015 | 12.00 | 60.00 |
| 2017 | 12.00 | 60.00 |
| 2019 | 12.00 | 240.00 |
| 3001 | 12.00 | 60.00 |
| 3002 | 12.00 | 1,800.00 |
| 3004 | 12.00 | 240.00 |
| 3006 | 12.00 | 60.00 |
| 3003 | 12.00 | 60.00 |
| 3005 | 12.00 | 1,800.00 |
| 3007 | 12.00 | 1,800.00 |
| 3009 | 12.00 | 240.00 |
| 3011 | 12.00 | 60.00 |
| 3013 | 12.00 | 60.00 |
| 3008 | 12.00 | 120.00 |
| 3010 | 12.00 | 120.00 |
| 3012 | 12.00 | 60.00 |
| 3014 | 12.00 | 60.00 |
| 3016 | 12.00 | 60.00 |
| 3018 | 12.00 | 120.00 |
| 3015 | 12.00 | 60.00 |
| 3017 | 12.00 | 60.00 |
| 3019 | 12.00 | 240.00 |
| 4007 | 12.00 | 1,800.00 |
| 4014 | 12.00 | 60.00 |

## CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|------|------------------|----------------|------------------|----------------|
| 3021 | 12.00 | $ | 240.00 | $ |
| 3022 | 12.00 | $ | 180.00 | $ |
| 3023 | 12.00 | $ | 360.00 | $ |
| 3024 | 12.00 | $ | 120.00 | $ |
| 3025 | 12.00 | $ | 120.00 | $ |
| 4021 | 12.00 | $ | 180.00 | $ |

W91B4M-06-D-0001
P00001
Page 73 of 131

| | | | | |
|---|---|---|---|---|
| 4023 | 12.00 | $ | 360.00 | $ |
| 4025 | 12.00 | $ | 120.00 | $ |
| 4022 | 12.00 | $ | 180.00 | $ |
| 4024 | 12.00 | $ | 120.00 | $ |
| 4026 | 12.00 | $ | 120.00 | $ |
| 0003 | 12.00 | $ | 60.00 | $ |
| 0004 | 12.00 | $ | 240.00 | $ |
| 0005 | 12.00 | $ | 1,800.00 | $ |
| 0006 | 12.00 | $ | 60.00 | $ |
| 0007 | 12.00 | $ | 1,800.00 | $ |
| 0008 | 12.00 | $ | 120.00 | $ |
| 0010 | 12.00 | $ | 120.00 | $ |
| 0011 | 12.00 | $ | 60.00 | $ |
| 0012 | 12.00 | $ | 60.00 | $ |
| 0013 | 12.00 | $ | 60.00 | $ |
| 0014 | 12.00 | $ | 60.00 | $ |
| 0015 | 12.00 | $ | 60.00 | $ |
| 0017 | 12.00 | $ | 60.00 | $ |
| 0018 | 12.00 | $ | 120.00 | $ |
| 0019 | 12.00 | $ | 240.00 | $ |
| 0020 | 12.00 | $ | 240.00 | $ |
| 0021 | 12.00 | $ | 180.00 | $ |
| 0022 | 12.00 | $ | 180.00 | $ |
| 0023 | 12.00 | $ | 360.00 | $ |
| 0025 | 12.00 | $ | 120.00 | $ |
| 0024 | 12.00 | $ | 120.00 | $ |
| 0026 | 12.00 | $ | 120.00 | $ |

W91B4M-06-D-0001
P00001
Page 74 of 131

| | | | | |
|------|-------|---|----------|---|
| 1021 | 12.00 | $ | 180.00 | $ |
| 0001 | 12.00 | $ | 60.00 | $ |
| 0002 | 12.00 | $ | 1,800.00 | $ |
| 0009 | 12.00 | $ | 240.00 | $ |
| 0016 | 12.00 | $ | 60.00 | $ |
| 1022 | 12.00 | $ | 180.00 | $ |
| 1023 | 12.00 | $ | 360.00 | $ |
| 1024 | 12.00 | $ | 120.00 | $ |
| 1025 | 12.00 | $ | 120.00 | $ |
| 1026 | 12.00 | $ | 120.00 | $ |
| 2021 | 12.00 | $ | 180.00 | $ |
| 2023 | 12.00 | $ | 360.00 | $ |
| 2025 | 12.00 | $ | 120.00 | $ |
| 2022 | 12.00 | $ | 180.00 | $ |
| 2024 | 12.00 | $ | 120.00 | $ |
| 2026 | 12.00 | $ | 120.00 | $ |
| 3026 | 12.00 | $ | 120.00 | $ |
| 3020 | | $ | | $ |
| 4001 | 12.00 | $ | 60.00 | $ |
| 4002 | 12.00 | $ | 1,800.00 | $ |
| 4003 | 12.00 | $ | 60.00 | $ |
| 4004 | 12.00 | $ | 240.00 | $ |
| 4005 | 12.00 | $ | 1,800.00 | $ |
| 4006 | 12.00 | $ | 60.00 | $ |
| 4008 | 12.00 | $ | 120.00 | $ |
| 4009 | 12.00 | $ | 240.00 | $ |
| 4010 | 12.00 | $ | 120.00 | $ |

W91B4M-06-D-0001
P00001
Page 75 of 131

| 4011 | 12.00 | $ | 60.00 | $ |
| 4012 | 12.00 | $ | 60.00 | $ |
| 4013 | 12.00 | $ | 60.00 | $ |
| 4015 | 12.00 | $ | 60.00 | $ |
| 4017 | 12.00 | $ | 60.00 | $ |
| 4019 | 12.00 | $ | 240.00 | $ |
| 4016 | 12.00 | $ | 60.00 | $ |
| 4018 | 12.00 | $ | 120.00 | $ |
| 4020 | 12.00 | $ | 240.00 | $ |
| 1001 | 12.00 | $ | 60.00 | $ |
| 1003 | 12.00 | $ | 60.00 | $ |
| 1005 | 12.00 | $ | 1,800.00 | $ |
| 1007 | 12.00 | $ | 1,800.00 | $ |
| 1002 | 12.00 | $ | 1,800.00 | $ |
| 1004 | 12.00 | $ | 240.00 | $ |
| 1006 | 12.00 | $ | 60.00 | $ |
| 1008 | 12.00 | $ | 120.00 | $ |
| 1009 | 12.00 | $ | 240.00 | $ |
| 1011 | 12.00 | $ | 60.00 | $ |
| 1013 | 12.00 | $ | 60.00 | $ |
| 1015 | 12.00 | $ | 60.00 | $ |
| 1017 | 12.00 | $ | 60.00 | $ |
| 1019 | 12.00 | $ | 240.00 | $ |
| 1010 | 12.00 | $ | 120.00 | $ |
| 1012 | 12.00 | $ | 60.00 | $ |
| 1014 | 12.00 | $ | 60.00 | $ |
| 1016 | 12.00 | $ | 60.00 | $ |

W91B4M-06-D-0001
P00001
Page 76 of 131

| 1018 | 12.00 | $ | 120.00 | $ |
| 1020 | 12.00 | $ | 240.00 | $ |
| 2002 | 12.00 | $ | 1,800.00 | $ |
| 2009 | 12.00 | $ | 240.00 | $ |
| 2016 | 12.00 | $ | 60.00 | $ |
| 2018 | 12.00 | $ | 120.00 | $ |
| 2020 | 12.00 | $ | 240.00 | $ |
| 2001 | 12.00 | $ | 60.00 | $ |
| 2003 | 12.00 | $ | 60.00 | $ |
| 2004 | 12.00 | $ | 240.00 | $ |
| 2005 | 12.00 | $ | 1,800.00 | $ |
| 2006 | 12.00 | $ | 60.00 | $ |
| 2007 | 12.00 | $ | 1,800.00 | $ |
| 2008 | 12.00 | $ | 120.00 | $ |
| 2010 | 12.00 | $ | 120.00 | $ |
| 2011 | 12.00 | $ | 60.00 | $ |
| 2012 | 12.00 | $ | 60.00 | $ |
| 2013 | 12.00 | $ | 60.00 | $ |
| 2014 | 12.00 | $ | 60.00 | $ |
| 2015 | 12.00 | $ | 60.00 | $ |
| 2017 | 12.00 | $ | 60.00 | $ |
| 2019 | 12.00 | $ | 240.00 | $ |
| 3001 | 12.00 | $ | 60.00 | $ |
| 3002 | | $ | | $ |
| 3004 | 12.00 | $ | 240.00 | $ |
| 3006 | 12.00 | $ | 60.00 | $ |
| 3003 | 12.00 | $ | 60.00 | $ |

| 3005 | 12.00 | $ | 1,800.00 | $ |
| 3007 | 12.00 | $ | 1,800.00 | $ |
| 3009 | 12.00 | $ | 240.00 | $ |
| 3011 | 12.00 | $ | 60.00 | $ |
| 3013 | 12.00 | $ | 60.00 | $ |
| 3008 | 12.00 | $ | 120.00 | $ |
| 3010 | 12.00 | $ | 120.00 | $ |
| 3012 | 12.00 | $ | 60.00 | $ |
| 3014 | 12.00 | $ | 60.00 | $ |
| 3016 | 12.00 | $ | 60.00 | $ |
| 3018 | 12.00 | $ | 120.00 | $ |
| 3015 | 12.00 | $ | 60.00 | $ |
| 3017 | 12.00 | $ | 60.00 | $ |
| 3019 | 12.00 | $ | 240.00 | $ |
| 4007 | 12.00 | $ | 1,800.00 | $ |
| 4014 | 12.00 | $ | 60.00 | $ |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0007 | Destination | Government | Destination | Government |
| 0008 | Destination | Government | Destination | Government |
| 0009 | Destination | Government | Destination | Government |
| 0010 | Destination | Government | Destination | Government |
| 0011 | Destination | Government | Destination | Government |
| 0012 | Destination | Government | Destination | Government |

W91B4M-06-D-0001
P00001
Page 78 of 131

| | | | | |
|---|---|---|---|---|
| 0013 | Destination | Government | Destination | Government |
| 0014 | Destination | Government | Destination | Government |
| 0015 | Destination | Government | Destination | Government |
| 0016 | Destination | Government | Destination | Government |
| 0017 | Destination | Government | Destination | Government |
| 0018 | Destination | Government | Destination | Government |
| 0019 | Destination | Government | Destination | Government |
| 0020 | Destination | Government | Destination | Government |
| 0021 | Destination | Government | Destination | Government |
| 0022 | Destination | Government | Destination | Government |
| 0023 | Destination | Government | Destination | Government |
| 0024 | Destination | Government | Destination | Government |
| 0025 | Destination | Government | Destination | Government |
| 0026 | Destination | Government | Destination | Government |
| 1001 | Destination | Government | Destination | Government |
| 1002 | Destination | Government | Destination | Government |
| 1003 | Destination | Government | Destination | Government |
| 1004 | Destination | Government | Destination | Government |
| 1005 | Destination | Government | Destination | Government |
| 1006 | Destination | Government | Destination | Government |
| 1007 | Destination | Government | Destination | Government |
| 1008 | Destination | Government | Destination | Government |
| 1009 | Destination | Government | Destination | Government |
| 1010 | Destination | Government | Destination | Government |
| 1011 | Destination | Government | Destination | Government |
| 1012 | Destination | Government | Destination | Government |
| 1013 | Destination | Government | Destination | Government |
| 1014 | Destination | Government | Destination | Government |
| 1015 | Destination | Government | Destination | Government |
| 1016 | Destination | Government | Destination | Government |
| 1017 | Destination | Government | Destination | Government |
| 1018 | Destination | Government | Destination | Government |
| 1019 | Destination | Government | Destination | Government |
| 1020 | Destination | Government | Destination | Government |
| 1021 | Destination | Government | Destination | Government |
| 1022 | Destination | Government | Destination | Government |
| 1023 | Destination | Government | Destination | Government |
| 1024 | Destination | Government | Destination | Government |
| 1025 | Destination | Government | Destination | Government |
| 1026 | Destination | Government | Destination | Government |
| 2001 | Destination | Government | Destination | Government |
| 2002 | Destination | Government | Destination | Government |
| 2003 | Destination | Government | Destination | Government |
| 2004 | Destination | Government | Destination | Government |
| 2005 | Destination | Government | Destination | Government |
| 2006 | Destination | Government | Destination | Government |
| 2007 | Destination | Government | Destination | Government |
| 2008 | Destination | Government | Destination | Government |
| 2009 | Destination | Government | Destination | Government |
| 2010 | Destination | Government | Destination | Government |
| 2011 | Destination | Government | Destination | Government |
| 2012 | Destination | Government | Destination | Government |
| 2013 | Destination | Government | Destination | Government |
| 2014 | Destination | Government | Destination | Government |

| 2015 | Destination | Government | Destination | Government |
| 2016 | Destination | Government | Destination | Government |
| 2017 | Destination | Government | Destination | Government |
| 2018 | Destination | Government | Destination | Government |
| 2019 | Destination | Government | Destination | Government |
| 2020 | Destination | Government | Destination | Government |
| 2021 | Destination | Government | Destination | Government |
| 2022 | Destination | Government | Destination | Government |
| 2023 | Destination | Government | Destination | Government |
| 2024 | Destination | Government | Destination | Government |
| 2025 | Destination | Government | Destination | Government |
| 2026 | Destination | Government | Destination | Government |
| 3001 | Destination | Government | Destination | Government |
| 3002 | Destination | Government | Destination | Government |
| 3003 | Destination | Government | Destination | Government |
| 3004 | Destination | Government | Destination | Government |
| 3005 | Destination | Government | Destination | Government |
| 3006 | Destination | Government | Destination | Government |
| 3007 | Destination | Government | Destination | Government |
| 3008 | Destination | Government | Destination | Government |
| 3009 | Destination | Government | Destination | Government |
| 3010 | Destination | Government | Destination | Government |
| 3011 | Destination | Government | Destination | Government |
| 3012 | Destination | Government | Destination | Government |
| 3013 | Destination | Government | Destination | Government |
| 3014 | Destination | Government | Destination | Government |
| 3015 | Destination | Government | Destination | Government |
| 3016 | Destination | Government | Destination | Government |
| 3017 | Destination | Government | Destination | Government |
| 3018 | Destination | Government | Destination | Government |
| 3019 | Destination | Government | Destination | Government |
| 3020 | Destination | Government | Destination | Government |
| 3021 | Destination | Government | Destination | Government |
| 3022 | Destination | Government | Destination | Government |
| 3023 | Destination | Government | Destination | Government |
| 3024 | Destination | Government | Destination | Government |
| 3025 | Destination | Government | Destination | Government |
| 3026 | Destination | Government | Destination | Government |
| 4001 | Destination | Government | Destination | Government |
| 4002 | Destination | Government | Destination | Government |
| 4003 | Destination | Government | Destination | Government |
| 4004 | Destination | Government | Destination | Government |
| 4005 | Destination | Government | Destination | Government |
| 4006 | Destination | Government | Destination | Government |
| 4007 | Destination | Government | Destination | Government |
| 4008 | Destination | Government | Destination | Government |
| 4009 | Destination | Government | Destination | Government |
| 4010 | Destination | Government | Destination | Government |
| 4011 | Destination | Government | Destination | Government |
| 4012 | Destination | Government | Destination | Government |
| 4013 | Destination | Government | Destination | Government |
| 4014 | Destination | Government | Destination | Government |
| 4015 | Destination | Government | Destination | Government |
| 4016 | Destination | Government | Destination | Government |

W91B4M-06-D-0001
P00001
Page 80 of 131

| 4017 | Destination | Government | Destination | Government |
| 4018 | Destination | Government | Destination | Government |
| 4019 | Destination | Government | Destination | Government |
| 4020 | Destination | Government | Destination | Government |
| 4021 | Destination | Government | Destination | Government |
| 4022 | Destination | Government | Destination | Government |
| 4023 | Destination | Government | Destination | Government |
| 4024 | Destination | Government | Destination | Government |
| 4025 | Destination | Government | Destination | Government |
| 4026 | Destination | Government | Destination | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0002 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0003 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0004 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0005 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0006 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0007 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0008 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0009 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0010 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0011 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |
| 0012 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination | |

W91B4M-06-D-0001
P00001
Page 81 of 131

| 0013 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
|------|-------------------------------|-----|---------------------|
| 0014 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0015 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0016 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0017 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0018 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0019 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0020 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0021 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0022 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0023 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0024 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0025 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 0026 | POP 01-APR-2006 TO 31-MAR-2007 | N/A | N/A FOB: Destination |
| 1001 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1002 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1003 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1004 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |

W91B4M-06-D-0001
P00001
Page 82 of 131

| 1005 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1006 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1007 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1008 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1009 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1010 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1011 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1012 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1013 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1014 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1015 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1016 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1017 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1018 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1019 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1020 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1021 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1022 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |

W91B4M-06-D-0001
P00001
Page 83 of 131

| 1023 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1024 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1025 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 1026 | POP 01-APR-2007 TO 31-MAR-2008 | N/A | N/A FOB: Destination |
| 2001 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2002 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2003 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2004 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2005 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2006 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2007 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2008 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2009 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2010 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2011 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2012 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2013 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2014 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |

W91B4M-06-D-0001
P00001
Page 84 of 131

| | | | |
|---|---|---|---|
| 2015 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2016 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2017 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2018 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2019 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2020 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2021 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2022 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2023 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2024 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2025 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 2026 | POP 01-APR-2008 TO 31-MAR-2009 | N/A | N/A FOB: Destination |
| 3001 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3002 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3003 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3004 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3005 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3006 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |

W91B4M-06-D-0001
P00001
Page 85 of 131

| 3007 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
|---|---|---|---|
| 3008 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3009 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3010 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3011 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3012 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3013 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3014 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3015 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3016 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3017 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3018 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3019 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3020 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3021 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3022 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3023 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |
| 3024 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A FOB: Destination |

W91B4M-06-D-0001
P00001
Page 86 of 131

| | | | |
|---|---|---|---|
| 3025 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A<br>FOB: Destination |
| 3026 | POP 01-APR-2009 TO 31-MAR-2010 | N/A | N/A<br>FOB: Destination |
| 4001 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4002 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4003 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4004 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4005 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4006 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4007 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4008 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4009 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4010 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4011 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4012 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4013 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4014 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4015 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |
| 4016 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A<br>FOB: Destination |

| 4017 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
|------|--------------------------------|-----|----------------------|
| 4018 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4019 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4020 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4021 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4022 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4023 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4024 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4025 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |
| 4026 | POP 01-APR-2010 TO 31-MAR-2011 | N/A | N/A FOB: Destination |

CLAUSES INCORPORATED BY REFERENCE

| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
|-----------|--------------------------|----------|
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | APR 1984 |
| 52.232-18 | Availability Of Funds | APR 1984 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.225-7043 | Antiterrorism/Force Protection Policy for Defense Contractors Outside the United States | JUN 1998 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.203-3    GRATUITIES (APR 1984)

W91B4M-06-D-0001
P00001
Page 88 of 131

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)


52.208-4    VEHICLE LEASE PAYMENTS (APR 1984)

(a) Upon the submission of proper invoices or vouchers, the Government shall pay rent for each vehicle at the rate(s) specified in this contract.

(b) Rent shall accrue from the beginning of this contract, or from the date each vehicle is delivered to the Government, whichever is later, and shall continue until the expiration of the contract term or the termination of this contract. However, rent shall accrue only for the period that each vehicle is in the possession of the Government.

(c) Rent shall not accrue for any vehicle that the Contracting Officer determines does not comply with the Condition of Leased Vehicles clause of this contract or otherwise does not comply with the requirements of this contract, until the vehicle is replaced or the defects are corrected.

(d) Rent shall not accrue for any vehicle during any period when the vehicle is unavailable or unusable as a result of the Contractor's failure to render services for the operation and maintenance of the vehicle as prescribed by this contract.

(e) Rent stated in monthly terms shall be prorated on the basis of 1/30th of the monthly rate for each day the vehicle is in the Government's possession. If this contract contains a mileage provision, the Government shall pay rent as provided in the Schedule.

52.212-4 ADDENDUM

**ADDENDUM 52.212-4 -- Contract Terms and Conditions -- Commercial Items.**

As prescribed in 12.301( b) ( 3) , insert the following clause:

Contract Terms and Conditions -- Commercial Items ( Sep 2005)

W91B4M-06-D-0001
P00001
Page 89 of 131

( a)  *Inspection/Acceptance.* The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights --

> ( 1)  Within a reasonable time after the defect was discovered or should have been discovered; and
>
> ( 2)  Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

( b)  *Assignment.* The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act ( 31 U.S.C.3727) . However, when a third party makes payment ( *e.g.,* use of the Governmentwide commercial purchase card)  , the Contractor may not assign its rights to receive payment under this contract.

( c)  *Changes.* Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

( d)  *Disputes.* This contract is subject to the Contract Disputes Act of 1978, as amended ( 41 U.S.C. 601-613) . Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

( e)  *Definitions.* The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

( f)  *Excusable delays.* The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

( g)  *Invoice.*

> ( 1)  The Contractor shall submit an original invoice and three copies ( or electronic invoice, if authorized)  to the address designated in the contract to receive invoices. An invoice must include --
>
> > ( i)  Name and address of the Contractor;

( ii)  Invoice date and number;

( iii)  Contract number, contract line item number and, if applicable, the order number;

( iv)  Description, quantity, unit of measure, unit price and extended price of the items delivered;

( v)  Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

( vi)  Terms of any discount for prompt payment offered;

( vii)  Name and address of official to whom payment is to be sent;

( viii)  Name, title, and phone number of person to notify in event of defective invoice; and

( ix)  Taxpayer Identification Number ( TIN) . The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

( x)  Electronic funds transfer ( EFT)  banking information.

> ( A)  The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

> ( B)  If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause ( *e.g.*, 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration) , or applicable agency procedures.

> ( C)  EFT banking information is not required if the Government waived the requirement to pay by EFT.

( 2)  Invoices will be handled in accordance with the Prompt Payment Act ( 31 U.S.C. 3903)  and Office of Management and Budget ( OMB)  prompt payment regulations at 5 CFR part 1315.

( h)  *Patent indemnity.* The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

( i)  *Payment.*

> ( 1)  Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

W91B4M-06-D-0001
P00001
Page 91 of 131

( 2)   Prompt Payment. The Government will make payment in accordance with the Prompt Payment Act ( 31 U.S.C. 3903)   and prompt payment regulations at 5 CFR Part 1315.

( 1)   Electronic Funds Transfer ( EFT)  . If the Government makes payment by EFT, see 52.212-5( b)   for the appropriate EFT clause.

Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

( 5)   Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

( j)   *Risk of loss.* Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

( 1)   Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

( 2)   Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

( k)   *Taxes.* The contract price includes all applicable Federal, State, and local taxes and duties.

( l)   *Termination for the Government‚ s convenience.* The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor‚ s records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

( m)   *Termination for cause.* The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for

any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

( n)  *Title.* Title to items furnished under this contract shall not pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

( o)  *Warranty.* The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

( p)  *Limitation of liability.* Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

( q)  *Other compliances.* The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

( r)  *Compliance with laws unique to Government contracts.* The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 3701, *et seq.*, Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

( s)  *Order of precedence.* Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:

    ( 1)  The schedule of supplies/services.

    ( 2)  The Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause.

    ( 3)  The clause at 52.212-5.

    ( 4)  Addenda to this solicitation or contract, including any license agreements for computer software.

    ( 5)  Solicitation provisions if this is a solicitation.

    ( 6)  Other paragraphs of this clause.

    ( 7)  The Standard Form 1449.

    ( 8)  Other documents, exhibits, and attachments.

    The specification.

( t)  *Central Contractor Registration ( CCR)* .

    ( 1)  Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government‗s reliance on inaccurate or incomplete data. To remain registered in the

W91B4M-06-D-0001
P00001
Page 93 of 131

CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

( 2)

( i)   If a Contractor has legally changed its business name, ; doing business as; name, or division name ( whichever is shown on the contract) , or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day; s written notification of its intention to:

( A)   Change the name in the CCR database;

( B)   Comply with the requirements of Subpart 42.12 of the FAR;

( C)   Agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

( ii)   If the Contractor fails to comply with the requirements of paragraph ( t) ( 2) ( i)   of this clause, or fails to perform the agreement at paragraph ( t) ( 2) ( i) ( C)   of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the ; Suspension of Payment; paragraph of the electronic funds transfer ( EFT)   clause of this contract.

The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims ( see FAR Subpart 32.8, Assignment of Claims) . Assignees shall be separately registered in the CCR database. Information provided to the Contractor; s CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the ; Suspension of payment; paragraph of the EFT clause of this contract.

Offerors and Contractors may obtain information on registration and annual confirmation requirements via the Internet at http://www.ccr.gov or by calling 1-888-227-2423, or 269-961-5757.

W91B4M-06-D-0001
P00001
Page 94 of 131

( End of Clause)

CLAUSES INCORPORATED BY FULL TEXT

52.212-5   CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JAN 2005)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

_X_ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

___ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999) (U.S.C. 657a).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (U.S.C. 657a).

___(4) (i) 52.219-5, Very Small Business Set-Aside (JUNE 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

___(ii) Alternate I (MAR 1999) to 52.219-5.

___(iii) Alternate II to (JUNE 2003) 52.219-5.

___ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II (MAR 2004) of 52.219-6.

___ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II (MAR 2004) of 52.219-7.

___ (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

W91B4M-06-D-0001
P00001
Page 95 of 131

____ (8)(i) 52.219-9, Small Business Subcontracting Plan (JAN 2002) (15 U.S.C. 637(d)(4)).

____ (ii) Alternate I (OCT 2001) of 52.219-9

____(iii) Alternate II (OCT 2001) of 52.219-9.

____ (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

____ (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (JUNE 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

____ (ii) Alternate I (JUNE 2003) of 52.219-23.

____ (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

____ (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

____ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).

____ (14) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

____ (15) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (Jun 2004) (E.O. 13126).

____ (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

____ (17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

____ (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

____ (19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

____ (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

____ (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

____ (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

____ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

____ (23) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

____ (24)(i) 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act (Jan 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).

____ (ii) Alternate I (JAN 2004) of 52.225-3.

____ (iii) Alternate II (JAN 2004) of 52.225-3.

_____ (25) 52.225-5, Trade Agreements (Jan 2005) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_X_ (26) 52.225-13, Restrictions on Certain Foreign Purchases (OCT 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of Treasury).

_____ (27) 52.225-15, Sanctioned European Union Country End Products (FEB 2000) (E.O. 12849).

_____ (28) 52.225-16, Sanctioned European Union Country Services (FEB 2000) (E.O. 12849).

_____ (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

_____ (30) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

_____ (31) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

_____ (32) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

_____ (33) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

_____ (34) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

_____ (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).

_____ (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [Contracting Officer check as appropriate.]

_____ (1) 52.222-41, Service Contract Act of 1965, as Amended (MAY 1989) (41 U.S.C. 351, et seq.).

_____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

_____ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

_____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

_____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

W91B4M-06-D-0001
P00001
Page 97 of 131

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.216-18    ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or

W91B4M-06-D-0001
P00001
Page 98 of 131

task orders by the individuals or activities designated in the Schedule. Such orders may be issued from 1 April 2006 through 31 March 2011.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19    ORDER LIMITATIONS.  (OCT 1995)

(a) Minimum order.  When the Government requires supplies or services covered by this contract in an amount of less than 1 EA, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order.  The Contractor is not obligated to honor:

(1) Any order for a single item in excess of 90EA;

(2) Any order for a combination of items in excess of 90EA; or

(3) A series of orders from the same ordering office within 30 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22    INDEFINITE QUANTITY.  (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum".  The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".  The Government has established the following minimum and maximum quantity for the life of the contract:

W91B4M-06-D-0001
P00001
Page 99 of 131

(i)      Minimum: 50 vehicles
(ii)     Maximum: 2,000 vehicles

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 31 March 2011.

(End of clause)


TASK ORDER PROCEDURES
(a)  The Government intends to award multiple IDIQ contracts.  The top three highest rated proposals offering the best value may receive individual contracts.  However, if only one or two proposals offers the best value, the Government will only award to one or two proposals.

(b)  If more than one contract is awarded the task orders will be competed among these two or three contracts and will be given to the contractor who has the lowest price and/or can deliver within the specified delivery time.

(c )  The contractor agrees to locally have available a minimum of 10 vehicles at the subcontractor, No-Lemon's location.  If the contractor receives a task order for the maximum quantity, 90EA, the contractor agrees to supply the quantity within 2 weeks with no increase in price regardless if the vehicles were purchased by the local market or directly from their distributor.


CLAUSES INCORPORATED BY FULL TEXT


52.217-8     OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

(End of clause)


52.217-9     OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days the period of time within which the Contracting Officer may exercise the option); provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 10 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

W91B4M-06-D-0001
P00001
Page 100 of 131

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of clause)

52.229-6    TAXES--FOREIGN FIXED-PRICE CONTRACTS (JUN 2003)

(a) To the extent that this contract provides for furnishing supplies or performing services outside the United States and its outlying areas, this clause applies in lieu of any Federal, State, and local taxes clause of the contract.

(b) Definitions. As used in this clause--

"Contract date," means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

Country concerned means any country, other than the United States and its outlying areas, in which expenditures under this contract are made.

"Tax" and "taxes," include fees and charges for doing business that are levied by the government of the country concerned or by its political subdivisions.

"All applicable taxes and duties," means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract, pursuant to written ruling or regulation in effect on the contract date.

"After-imposed tax," means any new or increased tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, other than excepted tax, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax," means any amount of tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"Excepted tax," means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales, property taxes assessed on completed supplies covered by this contract, or any tax assessed on the Contractor's possession of, interest in, or use of property, title to which is in the U.S. Government.

(c) Unless otherwise provided in this contract, the contract price includes all applicable taxes and duties, except taxes and duties that the Government of the United States and the government of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(d) The contract price shall be increased by the amount of any after-imposed tax or of any tax or duty specifically excluded from the contract price by a provision of this contract that the Contractor is required to pay or bear, including any interest or penalty, if the Contractor states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

W91B4M-06-D-0001
P00001
Page 101 of 131

(e) The contract price shall be decreased by the amount of any after-relieved tax, including any interest or penalty. The Government of the United States shall be entitled to interest received by the Contractor incident to a refund of taxes to the extent that such interest was earned after the Contractor was paid by the Government of the United States for such taxes. The Government of the United States shall be entitled to repayment of any penalty refunded to the Contractor to the extent that the penalty was paid by the Government.

(f) The contract price shall be decreased by the amount of any tax or duty, other than an excepted tax, that was included in the contract and that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

(g) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(h) If the Contractor obtains a reduction in tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that either was included in the contract price or was the basis of an increase in the contract price, the amount of the reduction shall be paid or credited to the Government of the United States as the Contracting Officer directs.

(i) The Contractor shall take all reasonable action to obtain exemption from or refund of any taxes or duties, including interest or penalty, from which the United States Government, the Contractor, any subcontractor, or the transactions or property covered by this contract are exempt under the laws of the country concerned or its political subdivisions or which the governments of the United States and of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(j) The Contractor shall promptly notify the Contracting Officer of all matters relating to taxes or duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Contractor at the direction of the Contracting Officer, including any interest, penalty, and reasonable attorneys' fees.

(End of clause)

52.232-23    ASSIGNMENT OF CLAIMS (JAN 1986) - ALTERNATE I (APR 1984)

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 15 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence. Unless otherwise stated in this contract, payments to an assignee of any amounts due or to become due under this contract shall not, to the extent specified in the Act, be subject to reduction or setoff.

(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

(End of clause)

W91B4M-06-D-0001
P00001
Page 102 of 131

52.246-4    INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

(End of clause)


52.246-20    WARRANTY OF SERVICES (MAY 2001)

(a)  Definition.

"Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract.  The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor immediately upon discovery.  This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed.  If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or

W91B4M-06-D-0001
P00001
Page 103 of 131

otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/

(End of clause)

252.201-7000    CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.212-7001    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (JAN 2005)

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

   __X_ 52.203-3  Gratuities (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

   ____252.205-7000 Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

W91B4M-06-D-0001
P00001
Page 103 of 131

otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

(End of clause)


52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/

(End of clause)


252.201-7000    CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)


252.212-7001    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (JAN 2005)

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

___X_ 52.203-3  Gratuities (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

_____252.205-7000 Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

_____ 252.219-7003 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (APR 1996) (15 U.S.C. 637).

_____ 252.219-7004 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) (JUN 1997) (15 U.S.C. 637 note).

_____ 252.225-7001 Buy American Act and Balance of Payment Program (APR 2003) (41 U.S.C. 10a-10d, E.O. 10582).

_____ 252.225-7012 Preference for Certain Domestic Commodities (JUN 2004) (10.U.S.C. 2533a).

_____ 252.225-7014 Preference for Domestic Specialty Metals (APR 2003) (10 U.S.C. 2533a).

_____ 252.225-7015 Preference for Domestic Hand or Measuring Tools (APR 2003) (10 U.S.C. 2533a).

_____ 252.225-7016 Restriction on Acquisition of Ball and Roller Bearings (MAY 2004) (_____Alternate I) (APR 2003) (10 U.S.C. 2534 and Section 8099 of Public Law 104-61 and similar sections in subsequent DoD appropriations acts).

_____ 252.225-7021 Trade Agreements (JAN 2005) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

_____ 252.225-7027 Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779).

_____ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (APR 2003) (22 U.S.C. 2755).

_____ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payment Program (JAN 2005) (_____Alternate I) (JAN 2005) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

_____ 252.225-7038 Restriction on Acquisition of Air Circuit Breakers (APR 2003) (10 U.S.C. 2534(a)(3)).

_____ 252.226-7001 Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (SEP 2004) (Section 8021 of Public Law 107-248 and similar sections in subsequent DoD appropriations acts).

_____ 252.227-7015 Technical Data--Commercial Items (NOV 1995) (10 U.S.C. 2320).

_____ 252.227-7037 Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321).

_____ 252.232-7003 Electronic Submission of Payment Requests (JAN 2004) (10 U.S.C. 2227).

_____ 252.243-7002 Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410).

_____ 252.247-7023 Transportation of Supplies by Sea (MAY 2002) (_____Alternate I) (MAR 2000) (_____Alternate II) (MAR 2000) (_____Alternate III) (May 2002).

_____ 252.247-7024 Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (APR 2003) (10 U.S.C. 2533a).

W91B4M-06-D-0001
P00001
Page 105 of 131

252.247-7023  Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

252.247-7024  Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631)

(End of clause)

A.  This contract shall be awarded in US dollars.

B.  The US government may make payments resulting from this contract in either US dollars or Afghani currency.

    1.  If paid in US dollars, the payment amount and frequency will be determined at the time of award or as otherwise contained in the body of the contract.

    2.  If paid in Afghani currency, the amount of Afghanis will be determined at the official exchange rate posted by the Local Finance Office on the day of payment.

C.  Payment by the US government may be made in any of the following or in a combination of the following formats:

1.      Cash, dispersed in a manner prescribed by the US military local finance office; and/or

2.      Check, drawn on a US government account in a local national bank; and/or

3.      Electronic Fund Transfer (EFT).

D.  The contactor will establish an account at a local national bank which can receive an  EFT from the US government.  The contractor will provide to the Contracting Officer prior to the award of the contract, account routing information to facilitate payment in any of the above mentioned formats.  This requirement can only be waived by the US Contracting Officer.  If the Contracting Officer wishes to waive this requirement, the Contracting Officer will initial, sign, and date below:

1.      _____  Proof of account routing information is NOT required.

STATEMENT OF WORK

# STATEMENT OF WORK (SOW)

# FOR

# INDEFINATE DELIVERY INDEFINATE QUANTITY (IDIQ)

W91B4M-06-D-0001
P00001
Page 106 of 131

# CAMP EGGERS AND CAMP PHOENIX
# VEHICLE LEASE



## REVISED: 8 February 2006

### SECTION 1, DESCRIPTION OF SERVICE.

**1.1 Scope of Work.** The requirement is for vehicle leases for Camp Eggers and Camp Phoenix. The contractor(s) must provide vehicles within two weeks from receiving the task order. The vehicles must be fully mission capable in accordance with Section 2, Vehicle Condition and Acceptance of the SOW. The contractor(s) will only be responsible for scheduled routine maintenance and maintain vehicles under warranty. The collision repairs and unscheduled maintenance will be performed with a separate contract and possibly under a different contractor(s). The contractor(s) shall only deliver vehicles called out from the standardized vehicle lease price list. The negotiated price list will be incorporated into the contract. All the vehicles shall remain in the country of Afghanistan throughout the life of the contract term.

W91B4M-06-D-0001
P00001
Page 107 of 131

## SECTION 2, VEHICLE CONDITION AND ACCEPTANCE.

2.1  Vehicle Condition.  All vehicles delivered will be safe and serviceable in accordance with manufacturer's specifications.

2.1.1  Fluids, including fuel, full at initial delivery and after maintenance service.

2.1.2  Have serviceable seatbelts for the driver and passengers.

2.1.3  Have serviceable lights (interior and exterior), windshield wipers, horn, parking brake.

2.1.4  Have tires with a minimum of 5mm tread depth, including spare and vehicle jack to replace it.

2.1.5  Have window glass and mirrors, rear and side view, with no visible cracks

2.1.6  Manufacturer's Operator's Manual in glove compartment.

2.1.7  Heating and air conditioning.

2.1.8  Both the exterior and the interior of the vehicles must be clean and free of excessive soil, rust, and damage.

2.1.9  Left hand steering wheel (must be originally from the manufacture).

2.1.10  Two sets of keys will be given to the Government representative.

## 2.2  Vehicle Acceptance.

The government will only be liable for future damages caused by negligence of U.S. personnel.  A joint contractor/government inspection shall be performed on all vehicles and equipment before acceptance. The inspection shall be documented on Attachment A, "Vehicle Inspection, Initial Delivery" checklist with photos (if applicable) and both parties will retain a copy.  A copy of the warranty will be provided upon delivery of the vehicle. All discrepancies must be fixed prior to final acceptance. If the contractor(s) fails to replace the vehicle or correct the defects as required by the Contracting Officer, the Government may:

2.2.1  By contract or otherwise, correct the defect or arrange for the lease of a similar vehicle and shall charge or set off against the contractor(s) any excess costs occasioned thereby; or

2.2.2  Terminate the contract.

## SECTION 3, SCHEDULED MAINTENANCE.

3.1  The contractor(s) is responsible for scheduled maintenance and unscheduled maintenance for those parts covered under the manufacturer's warranty.  The contractor(s) shall perform scheduled maintenance at a facility he designates at least every 90 days.  He will provide all parts, labor, and expertise necessary to complete required maintenance tasks.  Parts include those items that must be replaced due to fair wear and tear such as windshield wipers, tires, headlamps, filters, fluids, and lubricants.  The contractor(s) is responsible for maintaining the schedule and notifying the COR a minimum of 1 week in advance of scheduled maintenance of the leased vehicle.  Scheduled maintenance will be documented and signed by a site representative, a copy will be turned into the COR.

3.2  When performing the vehicle inspection and diagnostic checks, the mechanic must repair or service the vehicle to a safe and serviceable condition if it is part of routine maintenance.  If it is not part of routine

maintenance, the contractor(s) must stop all work and contact the COR. The COR will coordinate with the contractor(s) who performs unscheduled maintenance. Before accepting the serviced vehicle, the fuel tank must be full. The cost of the scheduled maintenance will be included in the vehicle lease cost and therefore, the contractor(s) will not bill the Government for it separately. The inspection and service must include, at the minimum, the Attachment B, "Vehicle Maintenance Checklist".

3.3 If a vehicle repair is more than 72 hours, the leasing agent will replace the disabled vehicle with a like vehicle at no additional cost to the Government.

## SECTION 4, QUALITY CONTROL PLAN.

4.1 Quality Control. The contractor(s) shall employ his commercial quality control procedures in the performance of the requirements of this contract to ensure the vehicles are maintained in accordance with the manufacture's service schedule and best industry practices.

4.2 Quality Assurance. The government will periodically evaluate the contractor(s)' performance by appointing a representative(s) to monitor the performance. The Quality Assurance Personnel (QAP) will evaluate the contractor(s)' performance through monthly and random on-site inspections of the contractor(s)' quality control program and an analysis of the compliance with the Service Delivery Schedule as contained in this SOW. The government may inspect each task as completed or increase the number of quality control inspections if called for by repeated failures discovered during quality control inspections or repeated customer complaints. Likewise, the government may decrease the number of quality control inspections if performance dictates.

4.3 Government Remedies. The contracting officer shall follow FAR 52.212.4, Contract Terms and Conditions-Commercial Items (October 2003), for contractor(s)' failure to perform satisfactory services or failure to correct non-conforming services.

## SECTION 5, SERVICE DELIVERY SUMMARY (SDS).

### 5.1 Performance Objective
The SDS cites the key performance objectives (services) and the associated thresholds that must be attained, over which the Government will exercise surveillance. The absence of any contract requirement from the SDS shall not detract from its enforceability nor limit the rights or remedies of the Government under any other provision of the contract.

| Performance Objective | SOW Reference | Performance Threshold | Method of Surveillance |
|---|---|---|---|
| 1. Service the vehicles to safe and serviceable conditions IAW manufacturer's specifications and Attachment B | 3 | No more than 5% of the vehicles repaired experience repeat maintenance for the same repair action. | 90 Day Inspection and 5 valid customer complaints |
| 2. Provide accurate documentation, as requested, on services performed to the COR | 7.1 | 95% of the time. | Random Inspections |
| 3. Deliver requested vehicles within two weeks | 1.2.1 | No more than 5% of the delivery is late (longer than two weeks) within one month. | Monthly Inspections |

W91B4M-06-D-0001
P00001
Page 109 of 131

| 4. Quality Control Plan | 4 | No more than 5% vehicles returned for defect within one month. | Monthly Inspections |
|---|---|---|---|

## SECTION 6, RETURNING, REIMBURSEMENT AND REPLACEMENT.

**6.1  Returning.**  Any damages the U.S. Government is responsible for will be repaired to the condition received before returning the vehicle back to the leasing agent at a fair and reasonable price.  The U.S. Government is only liable for damages and repairs if the vehicle was in the possession of a government personnel.  The Government is not responsible for damages accepted on the "Initial Delivery and Acceptance Inspection Checklist" (Attachment A), as these damages existed before the U.S. Government received the vehicle.  A joint contractor/government inspection shall be performed on the vehicle.  The inspection shall be documented on Attachment C, "Vehicle Inspection, Returned to Leasing Agent" checklist with photos (if applicable) and both parties will retain a copy.

**6.2 Reimbursement.**  If a vehicle has been damaged in the Government's possession and the cost of vehicle maintenance and/or collision repair is 75% or more than the actual value of the vehicle, the contractor(s) will be reimbursed the actual value of the vehicle minus depreciation.  The vehicle's actual value may be determined by the Kelly Blue Book via www.kbb.com or based on the purchase receipt minus depreciation, whichever is the lowest.  The Government will consider the Afghanistan conditions when depreciating the value of the vehicle.  The contractor(s) will be required to provide the Government the original purchased invoice for the damaged vehicle.  Once reimbursed, the damaged vehicle will be the property of the U.S. Government.  The damage may be caused by act of terrorism, war, or an accident, but, not through normal wear and tear.

**6.3 Replacement.**  Vehicles will be replaced or the price will be reduced for the following reasons:

### 6.3.1  KM Exceeds Tier Category.

6.3.1.1  For tier 1, if the vehicle's KM exceeds the tiers threshold of 20,000KM and therefore is equal to a tier 2 characteristics, the vehicle will be replaced with another tier 1, of the same model, or the price will be reduced to tier 2 price.  If the vehicle is reduced to a tier 2 and the vehicle exceeds its threshold of 40,000KM the vehicle shall be replaced with a tier 1 vehicle.

6.3.1.2  For tier 2, if the vehicle's KM exceeds the tiers threshold of 40,000KM, the vehicle will be replaced with another tier 2 vehicle, of the same model.

**6.3.2  A Vehicle is a "Lemon".**  If a leased vehicle is a "lemon", the Government is entitled to a replacement vehicle and refund of the unfixable vehicle maintenance repair cost, if incurred.  For a vehicle to be classified as a "lemon"  the car must (1) have substantial defect covered by the warranty within 1 year and/ or (2) not be fixed after a reasonable number of repair attempts.  A "substantial defect" is a problem that impairs the vehicle's use, value, or safety, such as faulty brakes or steering.  Substantial defects do not include operator's abuse nor minor defects, such as loose radio knobs and door handles.  The leasing agent is given reasonable number of attempts to repair the vehicle at no charge to the Government before being required to replace the defective vehicle with a serviceable vehicle of the same type.  If the defect is a serious safety defect (for example, involving brakes or steering), it must be repaired after one attempt or be replaced.  If the defect is not a serious safety defect, it must be fixed after two attempts.  If the vehicle is in the shop for more than 30 days in a one-year period to fix two substantial defects it is classified as a "lemon" and it will be replaced with same vehicle type at no additional cost to the Government.

## SECTION 7, GOVERNMENT FURNISHED ITEMS AND SERVICES.

W91B4M-06-D-0001
P00001
Page 110 of 131

**7.1 Fuel.** The government is responsible for supplying the fuel used in the vehicles after delivery. (The contractor(s) is responsible to fill the fuel tank before initial delivery and after every scheduled maintenance.)

## SECTION 8, CONTRACTOR(S) FURNISHED ITEMS AND SERVICES.

**8.1 Records.** The contractor(s) shall maintain records of transactions with the U.S. Government and, upon request, make such records available to properly designated contract representatives within a reasonable period of time.

**8.2 Point of Contact.** The contractor(s) will provide points of contact within his company to coordinate with the Contracting Officer Representative (COR) on issues concerning rental vehicles. Name (s), business address, cell phone numbers, e-mail address, and hours of operation are the minimum information requirements. Arrangements for contacting the contractor's points of contact after normal business hours should also be made available.

**8.3 Invoicing.** The contractor(s) will invoice monthly for the vehicle lease. The invoice will be submitted to the COR no later than the last day of the month.

**8.4 Custom Taxes.** The contractor(s) will be responsible for paying customs tax since the U.S. Government is only leasing the vehicle. The exemption from custom's tax only applies if the U.S. Government was buying the vehicle.

## 9. GENERAL.

While under the Government's possession, the Government will be allowed to make minor physical adjustments to the lease vehicle for safety and security. Before the vehicle is returned back to the contractor the Government is responsible for repairing damages caused by such modifications.

W91B4M-06-D-0001
P00001
Page 111 of 131

ATTACHMENT A

# VEHICLE INSPECTION
# INITIAL DELIVERY and ACCEPTANCE

| | |
|---|---|
| **Contract Number:** _____ | **Date Received:** _____ |
| **Company Name:** _____ | **Period of Performance:** _____ |
| **Frame (VIIN) Number:** _____ | **KM:** _____ |
| | **Condition:** _____ |
| **Vehicle Type** _____ **YR** _____ **Color** _____ | **Warranty Exp. Date:** _____ |

| INSPECTION: INTERIOR AND EXTERIOR (annotate all acceptable damages) | Government Accepts | Comments |
|---|---|---|
| 1. Top of vehicle | | |
| 2. Front of vehicle | | |
| 3. Rear of vehicle | | |
| 4. Right side of vehicle | | |
| 5. Left side of vehicle | | |
| 6. Engine | | |
| 7. Interior | | |

**The undersigned parties have acknowledged and accepted the above damages (if any). After the undersigned date, the U.S. Government is only liable for future damages and repairs in accordance with Statement Of Work (SOW) para 6.1, Returning. In accordance with the SOW, the following applies:**

### SECTION 2, VEHICLE CONDITION AND ACCEPTANCE.

2.1  Vehicle Condition.  All vehicles delivered will be safe and serviceable in accordance with manufacturer's specifications.

2.1.1  Fluids, including fuel, full at initial delivery and after maintenance service.

2.1.2  Have serviceable seatbelts for the driver and passengers.

2.1.3  Have serviceable lights (interior and exterior), windshield wipers, horn, parking brake.

2.1.4  Have tires with a minimum of 5mm tread depth, including spare and vehicle jack to replace it.

2.1.5  Have window glass and mirrors, rear and side view, with no visible cracks

2.1.6  Manufacturer's Operator's Manual in glove compartment.

2.1.7  Heating and air conditioning.

2.1.8  Both the exterior and the interior of the vehicles must be clean and free of excessive soil, rust, and damage.

2.1.9  Left hand steering wheel (must be originally from the manufacture).

2.1.10  Two sets of keys will be given to the Government representative.

### 2.2  Vehicle Acceptance.
 The government will only be liable for future damages caused by negligence of U.S. personnel.  A joint contractor/government inspection shall be performed on all vehicles and equipment before acceptance. The inspection shall be documented on Attachment A, "Vehicle Inspection, Initial Delivery" checklist with photos (if applicable) and both parties will retain a copy.  A copy of the warranty will be provided upon delivery of the vehicle. All discrepancies must be fixed prior to final acceptance. If the contractor(s) fails to replace the vehicle or correct the defects as required by the Contracting Officer, the Government may:

2.2.1  By contract or otherwise, correct the defect or arrange for the lease of a similar vehicle and shall charge or set off against the Contractor(s) any excess costs occasioned thereby; or

2.2.2  Terminate the contract.

 **6.1  Returning.** Any damages the U.S. Government is responsible for will be repaired to the condition received before returning the vehicle back to the leasing agent at a fair and reasonable price.  The U.S. Government is only liable for damages and repairs if the vehicle was in the possession of a government personnel.  The Government is not responsible for damages accepted on the "Initial Delivery and Acceptance Inspection Checklist" (Attachment A), as these damages existed before the U.S. Government received the vehicle.  A joint contractor/government inspection shall be performed on the vehicle.  The inspection shall be documented on Attachment C, "Vehicle Inspection, Returned to Leasing Agent" checklist with photos (if applicable) and both parties will retain a copy.

**Government's Signature/Date:_____/_____  Contractor's Signature/Date: _____/_____**

W91B4M-06-D-0001
P00001
Page 113 of 131

ATTACHMENT B

# VEHICLE MAINTENANCE CHECKLIST
## SCHEDULED (every 90 Days)

| Contract Number: _____ | Serviced KM/Date: _____ |
|---|---|
| Company Name: _____ | Next Service KM/Date: _____ |
| Frame (VIIN) Number: _____ | |
| Vehicle Type _____ YR_____ Color_____ | |

| INSPECT AND SERVICE | YES | NO | Comments |
|---|---|---|---|
| 1.  All lights, including clearance lights, front turning signals, parking lights, high beams, and low beams | | | |
| 2. Fluid leaks – oil, fuel, air, water, A/C refrigerant, coolant, hydraulic, brake and any other fluids | | | |
| 3. Radiator level and if required, fill to the top of the line | | | |
| 4.  Change oil and refill new oil to correct level | | | |
| 5.  Change oil, fuel, and air filters | | | |
| 6.  Windshield wiper fluids are full and replace worn wipers | | | |
| 7.  Battery fluid full | | | |
| 8.  Battery connectors have no corrosion and are tightly connected | | | |
| 9.  All belts and hoses, replace if there is a crack or leaks | | | |
| 10. Bare or exposed wires are safely covered | | | |
| 11.  Brake and transmission fluids and, if required, properly fill full | | | |
| 12.  Wheels and tires, to include rotation; replace if worn | | | |
| 13.  Starting and charging systems | | | |
| 14.  Steering linkage components | | | |
| 15.  U-joints and driveline | | | |
| 16.  Suspension system | | | |

| | | | |
|---|---|---|---|
| 17.  Brake and parking system | | | |
| 18.  Winterization (effective December - March) | | | |

**In accordance with the Statement of Work:**

### SECTION 3, SCHEDULED MAINTENANCE.

3.1  The contractor(s) is responsible for scheduled maintenance and unscheduled maintenance for those parts covered under the manufacturer's warranty.  The contractor(s) shall perform scheduled maintenance at a facility he designates at least every 90 days.  He will provide all parts, labor, and expertise necessary to complete required maintenance tasks.  Parts include those items that must be replaced due to fair wear and tear such as windshield wipers, tires, headlamps, filters, fluids, and lubricants.  The contractor(s) is responsible for maintaining the schedule and notifying the COR a minimum of 1 week in advance of scheduled maintenance of the leased vehicle.  Scheduled maintenance will be documented and signed by a site representative, a copy will be turned into the COR.

3.2  When performing the vehicle inspection and diagnostic checks, the mechanic must repair or service the vehicle to a safe and serviceable condition if it is part of routine maintenance.  If it is not part of routine maintenance, the contractor(s) must stop all work and contact the COR.  The COR will coordinate with the contractor(s) who performs unscheduled maintenance.  Before accepting the serviced vehicle, the fuel tank must be full.  The cost of the scheduled maintenance will be included in the vehicle lease cost and therefore, the contractor(s) will not bill the Government for it separately.  The inspection and service must include, at the minimum, the Attachment B, "Vehicle Maintenance Checklist".

3.3  If a vehicle repair is more than 72 hours, the leasing agent will replace the disabled vehicle with a like vehicle at no additional cost to the Government.

**6.3.2  A Vehicle is a "Lemon".**  If a leased vehicle is a "lemon", the Government is entitled to a replacement vehicle and refund of the unfixable vehicle maintenance repair cost, if incurred.  For a vehicle to be classified as a "lemon"  the car must (1) have substantial defect covered by the warranty within 1 year and/ or (2) not be fixed after a reasonable number of repair attempts.  A "substantial defect" is a problem that impairs the vehicle's use, value, or safety, such as faulty brakes or steering.  Substantial defects do not include operator's abuse nor minor defects, such as loose radio knobs and door handles.  The leasing agent is given reasonable number of attempts to repair the vehicle at no charge to the Government before being required to replace the defective vehicle with a serviceable vehicle of the same type.  If the defect is a serious safety defect (for example, involving brakes or steering), it must be repaired after one attempt or be replaced.  If the defect is not a serious safety defect, it must be fixed after two attempts.  If the vehicle is in the shop for more than 30 days in a one-year period to fix two substantial defects it is classified as a "lemon" and it will be replaced with same vehicle type at no additional cost to the Government.

**Government Signature/Date:**_____/_____ **Contractor's Signature/Date**_____/_____

ATTACHMENT C

# VEHICLE INSPECTION
# RETURNED TO LEASING AGENT

| | |
|---|---|
| **Contract Number:**_____ | **Date Received:**_____ |
| **Company Name:**_____ | **Period of Performance:**_____ |
| **Frame (VIIN) Number:**_____ | **KM:** _____ |
| | **Condition:**_____ |
| **Vehicle Type**_____**YR**____**Color**____ | **Warranty Exp. Date:**_____ |

| INSPECTION: INTERIOR AND EXTERIOR (annotate all damages not recorded on the Initial Delivery Inspection Checklist) | Contractor Accepts | Comments |
|---|---|---|
| 1. Top of vehicle | | |
| 2. Front of vehicle | | |
| 3. Rear of vehicle | | |
| 4. Right side of vehicle | | |
| 5. Left side of vehicle | | |
| 6. Engine | | |
| 7. Interior | | |

**The undersigned parties have acknowledged and accepted the above damages (if any). The following applies in accordance with the Statement of Work:**

SECTION 6, RETURNING, REIMBURSEMENT AND REPLACEMENT.

**6.1 Returning.** Any damages the U.S. Government is responsible for will be repaired to the condition received before returning the vehicle back to the leasing agent at a fair and reasonable price. The U.S. Government is only liable for damages and repairs if the vehicle was in the possession of a government personnel. The Government is not responsible for damages accepted on the "Initial Delivery and Acceptance Inspection Checklist" (Attachment A), as these damages existed before the U.S. Government received the vehicle. A joint contractor/government inspection shall be performed on the vehicle. The inspection shall be documented on Attachment C, "Vehicle Inspection, Returned to Leasing Agent" checklist with photos (if applicable) and both parties will retain a copy.

**6.2 Reimbursement.** If a vehicle has been damaged in the Government's possession and the cost of vehicle maintenance and/or collision repair is 75% or more than the actual value of the vehicle, the contractor(s) will be reimbursed the actual value of the vehicle minus depreciation. The vehicle's actual value may be determined by the Kelly Blue Book via www.kbb.com or based on the purchase receipt minus depreciation, whichever is the lowest. The Government will consider the Afghanistan conditions when depreciating the value of the vehicle. The contractor(s) will be required to provide the Government the original purchased invoice for the damaged vehicle. Once reimbursed, the damaged vehicle will be the property of the U.S. Government. The damage may be caused by act of terrorism, war, or an accident, but, not through normal wear and tear.

**6.3 Replacement.** Vehicles will be replaced or the price will be reduced for the following reasons:

**6.3.1 KM Exceeds Tier Category.**

6.3.1.1 For tier 1, if the vehicle's KM exceeds the tiers threshold of 20,000KM and therefore is equal to a tier 2 characteristics, the vehicle will be replaced with another tier 1, of the same model, or the price will be reduced to tier 2 price. If the vehicle is reduced to a tier 2 and the vehicle exceeds its threshold of 40,000KM the vehicle shall be replaced with a tier 1 vehicle.

6.3.1.2 For tier 2, if the vehicle's KM exceeds the tiers threshold of 40,000KM, the vehicle will be replaced with another tier 2 vehicle, of the same model.

**6.3.2 A Vehicle is a "Lemon".** If a leased vehicle is a "lemon", the Government is entitled to a replacement vehicle and refund of the unfixable vehicle maintenance repair cost, if incurred. For a vehicle to be classified as a "lemon" the car must (1) have substantial defect covered by the warranty within 1 year and/ or (2) not be fixed after a reasonable number of repair attempts. A "substantial defect" is a problem that impairs the vehicle's use, value, or safety, such as faulty brakes or steering. Substantial defects do not include operator's abuse nor minor defects, such as loose radio knobs and door handles. The leasing agent is given reasonable number of attempts to repair the vehicle at no charge to the Government before being required to replace the defective vehicle with a serviceable vehicle of the same type. If the defect is a serious safety defect (for example, involving brakes or steering), it must be repaired after one attempt or be replaced. If the defect is not a serious safety defect, it must be fixed after two attempts. If the vehicle is in the shop for more than 30 days in a one-year period to fix two substantial defects it is classified as a "lemon" and it will be replaced with same vehicle type at no additional cost to the Government.

Government's Signature/ Date:_____/_____ Contractor's Signature/ Date:_____/_____

W91B4M-06-D-0001
P00001
Page 117 of 131

QASP

# QUALITY ASSURANCE SURVEILLANCE PLAN (QASP)

## FOR

## INDEFINITE DELIVERY INDEFINITE QUANTITY (IDIQ) CAMP EGGERS AND CAMP PHOENIX VEHICLE LEASE



W91B4M-06-D-0001
P00001
Page 118 of 131

REVISED: 10 December 2005

THIS DOCUMENT IS USED FOR SURVEILLANCE BY THE QAP

**TABLE OF CONTENTS**

| | |
|---|---|
| SECTION A – PURPOSE | Page 3 |
| SECTION B - ROLES AND RESPONSIBILITIES | Page 4 |
| SECTION C – PROCEDURES | Page 5 |
| SECTION D - METHODS OF SURVEILLANCE | Page 6 |
| SECTION E - UNACCEPTABLE PERFORMANCE | Page 7 |
| SECTION F - CERTIFICATION OF SERVICES | Page 8 |
| SECTION G – SURVEILLANCE GUIDES | Page 9-12 |
| SECTION H - CUSTOMER COMPLAINT & TRAINING PROCEDURES | Page 13 |
| SECTION I - CONTRACTORS QUALITY AND SAFETY PLAN | Page 14 |
| SECTION J – NON SDS ITEMS | BLANK |
| SECTION K – COPY OF SOW | Page 15 |
| SECTION L – COPY OF AWARD FEE PLAN | BLANK |

W91B4M-06-D-0001
P00001
Page 119 of 131

## SECTION A
## PURPOSE

1.  This Quality Assurance Surveillance Plan (QASP) has been developed to provide the standard of surveillance for monitoring the service contract.  It will be used by the Quality Assurance Personnel (QAP) to insure the standards of the vehicle lease contract are being met.

2.  Where appropriate, methods for administering and evaluating services not included in the Service Delivery Summary (SDS) are to be developed by the QAP.

3.  Any nonconformance with the contract requirements is a "defect".  The term "defective" is used in reference to a service output that does not meet the standard of performance specified in the contract for that service.

4.  The QASP provides a method to evaluate the services the contractor is required to furnish and not the details of how the contractor accomplishes the work.  The plan uses inspections, sampling and customer feedback mechanisms.  This surveillance assures the government that the contractor's performance is acceptable.

5.  The QASP is based on the premise that the contractor and not the government, is responsible for management and quality control actions to meet the terms of the contract.  The performance requirements recognize that the contractor is not a perfect manager and that unforeseen and uncontrollable problems do occur.  Good management and use of an adequate quality control plan will allow the contractor to operate within specified performance requirements.  QAP's are to be objective, fair, and consistent in evaluating contractor performance against the standards.

W91B4M-06-D-0001
P00001
Page 120 of 131

## SECTION B
## ROLES AND RESPONSIBILITIES

INSTALLATION COMMANDERS; shall implement the requirements of a Quality Assurance Surveillance Plan (QASP) at their installations, if applicable.

CHIEF OF CONTRACTING: shall establish and maintain a Quality Assurance Program to implement and oversee. Appoint training for the QAPs and periodic briefings to commanders and FD/FCs on the QASP and specific service contracts. Advise and assist commanders and FD/FCs in related service contract matters.

FUNCTIONAL DIRECTORS/COMMANDERS FD/FC; shall prepare SOWs and QASPs and obtain contracting officer coordination on the final product. Nominate qualified individuals as QAPs. Ensure QAPs maintain proficiency and evaluate the QAPs job performance not less than annually. Ensure all personnel within the functional area who may have contract with contractor employees are aware of the contractual working relationship and the necessity to avoid any conduct that may constitute a real or perceived conflict of interest.

CONTRACTING OFFICERS (CO); shall advise and assist functional area personnel and QAPs. Inform the contractor of the duties and limitations of the QAP. Review and coordinate with the FD/FC and QAP the contractors quality control plan and notify the contractor of acceptability and deficiencies in the plan. Periodically assess the QAPs performance and advise the FD/FC of any problems.

QAP; shall maintain technical competency in the functional area surveyed. Obtain proficiency in surveillance procedures. Perform surveillance according to the QASP and provide documentation of surveillance observations to the CO. Certify acceptance of services and calculate unacceptable service prescribed by the CO. Help in preparing SOW and QASPs.

QUALITY ASSURANCE PROGRAM COORDINATOR; is the coordinator for the FD/FCs and provides training for the FD/FCs and Quality Assurance personnel.

CONTRACTOR; shall is responsible to comply with all the terms and provisions of the contract.

W91B4M-06-D-0001
P00001
Page 121 of 131

## SECTION C
## PROCEDURES

### 1. QUALITY ASSURANCE PERSONNEL (QAP) SCHEDULE

The QAP will develop a monthly surveillance schedule, based on this surveillance plan's requirements. The schedule must be completed no later than 7 calendar days before the beginning of the period it covers. The QAP must give one copy of the surveillance schedule to the Contract Administrator before the start of the surveillance period. The FD/FC must either be given a copy for review or must review the original and return it to the QAP not later than the last day of the month preceding the month scheduled.

Changes to the monthly surveillance schedule will be posted weekly and copies sent to the Contract Administrator and FD/FC. Documentation of the reason for the change will be included.

### 2. ACTUAL SURVEILLANCE

Actual surveillance should be comparable to the monthly schedule and any deviations will be explained.

The QAP will review the monthly reports to determine whether or not the performance meets the standards contained in the contract.

The QAP will record the result of the inspection on a QASP checklist. These documents then become official government records of the contractor's performance.

When surveillance observation results in an unacceptable rating, it will be recorded on the checklist and the reason for the unacceptable performance will be explained along with the corrective action taken.

W91B4M-06-D-0001
P00001
Page 122 of 131

**SECTION D**
**METHODS OF SURVEILLANCE**

CUSTOMER COMPLAINT

The QAP must furnish instructions to the customer receiving the contractor's service.   Instructions should cover the service to be inspected; the action that may be expected from the QAP, Contract Administrator, and Contracting Officer (CO) as a result of the complaints; and the limitations on the customers in dealing with contractor personnel.

The QAP is the point of contact and must collect all customer complaints.  All complaints and any resulting resolution of such complaints must be documented.  Customer complaints become a permanent part of the QAP surveillance records.


PERIODIC SURVEILLANCE

Periodic surveillance/inspection is the type of surveillance that is based upon selecting samples for evaluation on other than 100% inspection or on a statistically random basis.  Periodic surveillance can be accomplished, either weekly, monthly or quarterly using a checklist method.


CONTRACTOR METRICS

Metrics is a management measurement tool used to measure performance objectives stated in the SOW. The government develops and approves performance objectives and thresholds.  Industry input to the development of these objectives and thresholds is desirable.  These thresholds should conform to commercial or industry-wide standards to the maximum extent practicable.  Metrics should be developed so they are meaningful.

W91B4M-06-D-0001
P00001
Page 123 of 131

**SECTION E**
**UNACCEPTABLE PERFORMANCE**

When performance is deemed unacceptable, the QAP must inform the contractor's on-site representative that performance is unacceptable and why, and request his or her initials and date on the surveillance record. By initialing and dating the record, the contractor's on-site representative is acknowledging that he or she has been told of the unacceptable performance. He or she is not necessarily agreeing that the performance is unacceptable. If the contractor wants to dispute the results of the surveillance, the QAP must refer them to the CO for resolution of the matter.

If, at any time during the surveillance period, the results of surveillance show that the number of unacceptable observations during the period exceeds the performance threshold, and the QAP determines that it is not government caused, the QAP notifies the CO in writing. The CO evaluates the comments and contacts the contractor. The CO and Contractor will evaluate the situation and negotiate some means of compensation for unacceptable performance. The authority used is the Inspection of Services clause.

W91B4M-06-D-0001
P00001
Page 124 of 131

**SECTION  F**
**CERTIFICATION OF SERVICES**


The QAP is required to accept contractor services and determine payments due.  At the completion of each contract payment period, the QAP must certify the services actually received under the contract.  A contractor's invoice may be used to certify services.


REVISIONS TO QASP


Revisions to this surveillance plan are the joint responsibility of the FD/FC, the Administrative CO, and the QA Program Coordinator.  A copy of the revised QASP will be distributed to anyone who has a copy of the original QASP.

W91B4M-06-D-0001
P00001
Page 125 of 131

## SECTION G
## SURVEILLANCE GUIDE FOR SDS #1

**Service the vehicles to safe and serviceable condition IAW manufacturer's specifications and Attachment B, Vehicle Maintenance Checklist**

1. Method of Surveillance:  Random inspections and customer complaints

2. Performance Threshold:

2.1  Performance is acceptable when no more than 5% of the vehicles repaired experience repeat maintenance for the same repair action.

3. Inspection Procedures:

   3.1  The QAP will collect customer satisfaction surveys and review them on a monthly basis.

The QAP will record the total number of surveys received during the reporting period.

The QAP will review each survey and record those that are valid.

The QAP will then determine if more than 5% of the vehicles repaired experienced repeat maintenance repair within 90 days of being serviced.

The QAP will also conduct periodic surveillance, and review the records of randomly selected vehicles

Instances of repeat problems on the same vehicle will be documented and totaled

If the results determine that more than 5% of the vehicles in the fleet experienced repeat maintenance, the surveillance checklist will be annotated and reported to the CO.

If the results determine that less than 5% of the vehicles in the fleet experienced repeat maintenance, the surveillance checklist will be annotated and no further action will be taken.

W91B4M-06-D-0001
P00001
Page 126 of 131

### SURVEILLANCE GUIDE FOR SDS #2

**Provide accurate documentation as requested on services performed to the COR**

1. Method of Surveillance:  Random Inspections

2. Performance Threshold:  Performance is acceptable when the document is accurate at least 95% of the time.

3. Inspection Procedures:

The QAP will review the requested document for accuracy on a random basis.

A maximum of 5% of the data may be erroneous or untimely.  95% of the data must be accurate and up-to-date.

If the results determine that at least 95% of the data is accurate, and the reports are submitted on-time, the surveillance checklist will be annotated and no further action will be taken.

If the results determine that over 5% of the data is inaccurate, untimely, or the reports are not submitted in a timely fashion, the surveillance checklist will be annotated and reported to the CO.

W91B4M-06-D-0001
P00001
Page 127 of 131

### SURVEILLANCE GUIDE FOR SDS #3

**Deliver requested vehicles within two weeks**

1. Method of Surveillance:  Monthly Inspections

2. Performance Threshold:  Performance is acceptable when no more than 5% of the delivery is late (longer than two weeks) within one month.

3. Inspection Procedures:

      3.1  The QAP will document late deliveries and keep accountability of the late deliveries

3.2  If more than 5% of the deliveries are late in one month the QAP will annotate the surveillance checklist and will report it to the CO.

3.3  If the results determine that at least 95% of the deliveries within one month were on schedule the surveillance checklist will be annotated and no further action will be taken.

## SURVEILLANCE GUIDE FOR SDS #4

### Quality Control Plan compliance

1. Method of Surveillance: Monthly Inspections

2. Performance Threshold: Performance is acceptable when no more than 5% of the vehicles are returned for defect from initial delivery or scheduled maintenance.

3. Inspection Procedures:

The QAP will conduct periodic on-site inspections of the contractor's quality control program

      3.2  The QAP will also conduct periodic reviews of complaints received from customers

      3.3  It is the responsibility of the QAP to investigate the customer's complaints and determine weather or not they are valid

The QAP may increase or decrease surveillance based on contractor's performance

If more than 5 valid customer complaints, or any notices of violation or major negative findings occur, the QAP will annotate the surveillance checklist and will report it to the CO.

If the results determine that there are less than 5 valid customer complaints and no notices of violation or negative findings, the surveillance checklist will be annotated and no further action will be taken.

W91B4M-06-D-0001
P00001
Page 129 of 131

**SECTION H**
**CUSTOMER COMPLAINT and TRAINING PROCEDURES**

Any customer being serviced by the vehicle lease contractor having any problems may respond in writing or e-mail.

The customer must include the following information;
    Time and date of complaint
    Organization
    Building number
    Name
    Telephone number
    Nature of complaint
    (Use additional pages if necessary)

All copies will be given to the QAP for processing.

Upon receipt of complaint the QAP will review it against the contract to see if service should be provided. The contractor will reply how the service will be corrected if applicable.  The CO will be notified if not resolved immediately.  Once completed the results will be set to the CO and customer.


CUSTOMER COMPLAINT TRAINING

Customer complaint training will be accomplished in the following manner:

Within 60 days of contract award, the QAP will notify (via phone or e-mail) the customers and advise them of the contract.
The customers will be advised on the complaint procedures and how to contact QA personnel

W91B4M-06-D-0001
P00001
Page 130 of 131

**SECTION I**
**CONTRACTOR'S QUALITY CONTROL PLAN**

In compliance with the FAR, the Contractor shall establish and maintain a Quality Control Plan to ensure the requirements of this contract are provided as specified.  The contractor shall provide a Quality Control Plan describing the inspection system for the requested services listed in the SOW.  The Contractor shall develop and implement procedures to identify, prevent and ensure non-recurrence of defective services. The written Quality Control Plan will be required 30 days after contract start date.  The CO will notify the contractor of acceptance or required modifications to the plan.  The contractor shall make appropriate modifications (at no additional cost to the Government) and obtain acceptance of the plan by the CO.  The plan shall be updated as changes occur and shall be submitted for review and acceptance by the government.

The Contractor shall adhere to all Government safety requirements.  The Contractor shall not employ persons on this contract if such employee is identified to the Contractor by the CO as a potential threat to the health, safety, security and or general well being or operational mission of the installation and its population.

W91B4M-06-D-0001
P00001
Page 131 of 131

**SECTION K**
**COPY OF SOW (Attached Separately)**

# EXHIBIT 2

## Doug Schoffstall

| | |
|---|---|
| **From:** | Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC [Rebbecca.L.Brandon@afghan.swa.army.mil] |
| **Sent:** | Thursday, May 15, 2008 1:08 AM |
| **To:** | Doug Schoffstall |
| **Cc:** | Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4; DEBLASIIS, BARBARA CIV DFAS; Colon, Edgardo USA SFC USA |
| **Subject:** | RE: 06-D-0001 TO 0031 6 Mo Lease Mod |
| **Attachments:** | 06-D-0001 TO 31 01 Mod 6 mo lease.pdf |



06-D-0001 TO 31
01 Mod 6 mo le...

        Doug,

Attached is the executed modification to 06-D-0001 TO 31.  The repair bill funding is
anticipated at being on base certified for use on or about 6 May.  I will keep you posted
if any variation may come up with that date.  I look forward to receiving the paperwork
that ends this lease on 31 May 08.  I have cc'd Barbara on this so we should be able to
get the invoices resolved on the lease aspect of this Task Order.

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN:  318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil


-----Original Message-----
From: Doug Schoffstall [mailto:ds@overseasleasegroup.com]
Sent: Wednesday, May 14, 2008 7:03 PM
To: Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC
Cc: Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4
Subject: RE: 06-D-0001 TO 0031 6 Mo Lease Mod

Hi Sergeant,

Attached is the Mod for 31 which George has executed on our end.  Would you please provide
a copy when it's executed on your end?

Thanks,
    Doug S.

-----Original Message-----
From: Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC
[mailto:Rebbecca.L.Brandon@afghan.swa.army.mil]
Sent: Wednesday, May 14, 2008 8:26 AM
To: OLG
Cc: Doug Schoffstall; gb@overseasleasegroup.com
Subject: 06-D-0001 TO 0031 6 Mo Lease Mod


Attached is the modification for TO 31 to bring the lease to 31 May 08.
Please review and fill out and sign if you agree with the terms and conditions.  We also
have found out that the repair money will be here on or about 6 Jun.

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN:  318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil

## Doug Schoffstall

| | |
|---|---|
| **From:** | Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC [Rebbecca.L.Brandon@afghan.swa.army.mil] |
| **Sent:** | Wednesday, May 14, 2008 8:26 AM |
| **To:** | OLG |
| **Cc:** | Doug Schoffstall; gb@overseasleasegroup.com |
| **Subject:** | 06-D-0001 TO 0031 6 Mo Lease Mod |

**Attachments:**      06-D-0001 TO 31 01 Mod 6 mo lease.pdf



06-D-0001 TO 31
01 Mod 6 mo le...

Attached is the modification for TO 31 to bring the lease to 31 May 08.
Please review and fill out and sign if you agree with the terms and conditions.  We also
have found out that the repair money will be here on or about 6 Jun.

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN:  318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil

# EXHIBIT 3

## Doug Schoffstall

**From:**      Sean Donlan [sean.donlan@olgkabul.com]
**Sent:**      Tuesday, September 11, 2007 6:54 AM
**To:**        gb@monmouth.com; 'Mark Badcock'; HQ-Corporate Fleet Leasing
**Cc:**        peter.klawitter@olgkabul.com
**Subject:**   FW: ork on Excursion


This is some bad news.

Sean
Sean P. Donlan
Country Manager
O.L.G., INC.
Wazir Akbar Khan
Street 15, Lane 5, House 327
Kabul - Afghanistan
Mobile: +93(0)700 68 28 28
Office: +93(0)700 68 37 37
sean.donlan@olgkabul.com
seandonlan@gmail.com

-----Original Message-----
From: McGee, Marlon T USA SSG USA CJTF82 Base Ops
[mailto:marlon.mcgee@afghan.swa.army.mil]
Sent: 11 September, 2007 11:16 AM
To: sean.donlan@olgkabul.com
Subject: RE: ork on Excursion

Ok Sean I will take care of this.  Also I am going to start turning in task order 31.  Due
to changes in movement control policies, we can no longer travel outside the green zone in
soft skins.  The commander opt to turn the task order in starting now due to the fact that
there are 70 vehicles taking up parking space.  The majority of these are not being used.
We are well aware that we are still obligated to pay the leases, that is understood but I
don't have enough drivers to wait till the last minute to try and complete this mission.
We will start turning them over to No Lemon and we can set up times to inspect the damages
together.


Marlon T. McGee, SSG, USA
Base Ops TMP NCOIC
Camp Eggers, Kabul
DSN 318-237-1108
CELL 0799-133-074

-----Original Message-----
From: Sean Donlan [mailto:sean.donlan@olgkabul.com]
Sent: Tuesday, September 11, 2007 9:48 AM
To: McGee, Marlon T USA SSG USA CJTF82 Base Ops
Subject: ork on Excursion

Please see attached invoice


Sean

Sean P. Donlan
Country Manager
O.L.G., INC.
Wazir Akbar Khan
Street 15, Lane 5, House 327
Kabul - Afghanistan
Mobile: +93(0)700 68 28 28

Office: +93(0)700 68 37 37
sean.donlan@olgkabul.com
seandonlan@gmail.com

**EXHIBIT 4**

*PAGE 5  CONFIRMATION*

## Doug Schoffstall

| | |
|---|---|
| **From:** | Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC [Rebbecca.L.Brandon@afghan.swa.army.mil] |
| **Sent:** | Thursday, May 15, 2008 1:08 AM |
| **To:** | Doug Schoffstall |
| **Cc:** | Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4; DEBLASIIS, BARBARA CIV DFAS; Colon, Edgardo USA SFC USA |
| **Subject:** | RE: 06-D-0001 TO 0031 6 Mo Lease Mod |
| **Attachments:** | 06-D-0001 TO 31 01 Mod 6 mo lease.pdf |



06-D-0001 TO 31
01 Mod 6 mo le...

Doug,

Attached is the executed modification to 06-D-0001 TO 31.  The repair bill funding is anticipated at being on base certified for use on or about 6 May.  I will keep you posted if any variation may come up with that date.  I look forward to receiving the paperwork that ends this lease on 31 May 08.  I have cc'd Barbara on this so we should be able to get the invoices resolved on the lease aspect of this Task Order.

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN: 318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil


-----Original Message-----
From: Doug Schoffstall [mailto:ds@overseasleasegroup.com]
Sent: Wednesday, May 14, 2008 7:03 PM
To: Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC
Cc: Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4
Subject: RE: 06-D-0001 TO 0031 6 Mo Lease Mod

Hi Sergeant,

Attached is the Mod for 31 which George has executed on our end.  Would you please provide a copy when it's executed on your end?

Thanks,
    Doug S.

-----Original Message-----
From: Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC
[mailto:Rebbecca.L.Brandon@afghan.swa.army.mil]
Sent: Wednesday, May 14, 2008 8:26 AM
To: OLG
Cc: Doug Schoffstall; gb@overseasleasegroup.com
Subject: 06-D-0001 TO 0031 6 Mo Lease Mod


Attached is the modification for TO 31 to bring the lease to 31 May 08.
Please review and fill out and sign if you agree with the terms and conditions.  We also have found out that the repair money will be here on or about 6 Jun.

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN: 318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil

1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | J | 1    5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO (If applicable) |
|---|---|---|---|---|
| | 14-May-2008 | SEE SCHEDULE | | |

| 6. ISSUED BY | CODE | W91B4M | 7. ADMINISTERED BY (If other than Item 6) | CODE | W91B4M |
|---|---|---|---|---|---|
| PURCHASING & CONTRACTING<br>KABUL REGIONAL CONTRACTING CTR<br>COLE HOUSE<br>APO AE 06556<br>UNITED STATES | | | PURCHASING & CONTRACTING<br>CONTRACTING OFFICE<br>WAZIR AKBAR KHAN AREA, SREET #10<br>CAMP EGGERS<br>AFGHANISTAN | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|
| OVERSEAS LEASE GROUP INC<br>GEORGE BADCOCK<br>110 EAST BROWARD BLVD<br>SUITE 1700<br>FT LAUDERDALE FL 33301 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO<br>W91B4M-06-D-0001-0031 |
| CODE:    3R2A7 | FACILITY CODE | |
| | X | 10B. DATED (SEE ITEM 13)<br>26-May-2007 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| | |
|---|---|
| ☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer | ☐ is extended.    ☐ is not extended |

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN
REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,
provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>IAW FAR 52.212-4(c) Changes |
| ☐ | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT:    Contractor    ☐ is not,    ☒ is required to sign this document and return _____1_____ copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:    koi01081118
The purpose of this modification is to fund 6 months of leased vehicles. The task order is increased from $767,952.00 by $767,952.00 to $1,535,904. Changes to the TO are as follows:

A. Add CLIN 1027 Item 2 in the amount of $357,696.00
B. Add CLIN 1028 Item 7 in the amount of $395,322.00
C. Add CLIN 1029 Item 19 in the amount of $8,184.00
D. Add CLIN 1030 Item 27 in the amount of $6,750.00
E. Extend Period of Performance to 31 May 08

All Other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| E. George Badcock, President | | |
| | TEL:    EMAIL: | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(signature)* | 14 May 2008 | BY | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| | |
|---|---|
| EXCEPTION TO SF 30<br>APPROVED BY OIRM 11-84 | STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
| 30-105-04 | |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE  J | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 5 |

| 2. AMENDMENT/MODIFICATION NO.  01 | 3. EFFECTIVE DATE  14-May-2008 | 4. REQUISITION/PURCHASE REQ. NO.  SEE SCHEDULE | | 5. PROJECT NO (If applicable) | |

| 6. ISSUED BY                            CODE | W91B4M | 7. ADMINISTERED BY (If other than item 6)          CODE | W91B4M |
|---|---|---|---|
| PURCHASING & CONTRACTING KABUL REGIONAL CONTRACTING CTR COLE HOUSE APO AE 03356 UNITED STATES | | PURCHASING & CONTRACTING CONTRACTING OFFICE WAZIR AKBAR KHAN AREA, SREET #10 CAMP EGGERS AFGHANISTAN | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| OVERSEAS LEASE GROUP, INC GEORGE BADCOCK 110 EAST BROWARD BLVD SUITE 1700 FT. LAUDERDALE FL 33301 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.  W91B4M-06-D-0001-0031 |
| CODE   3R2A7 | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)  26-May-2007 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

|  | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
|  | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:  IAW FAR 52.212-4(c) Changes |
|  | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:   koi01081118
The purpose of this modification is to fund 6 months of leased vehicles. The task order is increased from $767,952.00 by $767,952.00 to $1,535,904. Changes to the TO are as follows:

A. Add CLIN 1027 Item 2 in the amount of $357,696.00
B. Add CLIN 1028 Item 7 in the amount of $395,322.00
C. Add CLIN 1029 Item 19 in the amount of $8,184.00
D. Add CLIN 1030 Item 27 in the amount of $6,750.00
E. Extend Period of Performance to 31 May 08

All Other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)  REBBECCA L. DRYDOL-BRANDON / CONTRACTING OFFICER  TEL:  237-3229                    EMAIL:  R |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA  BY  _Rebecca L. Drydol Brandon_  (Signature of Contracting Officer) | 16C. DATE SIGNED  REBBECCA L. BRANDON@AFGHAN.SWA.ARMY.MIL  15-May-2008 |

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $767,952.00 from $767,952.00 to $1,535,904.00.

SUPPLIES OR SERVICES AND PRICES

CLIN 1028 is added as follows:

| ITEM NO 1028 EXERCISED OPTION | SUPPLIES/SERVICES | QUANTITY 162 | UNIT Months | UNIT PRICE $2,208.00 | AMOUNT $357,696.00 |
|---|---|---|---|---|---|
| | ITEM 2 FFP TOYOTA LAND CRUISER 6 CYLINDER 4X4 DIESEL TIER 1: 0 to 20,000 Km with Manufacturer's Warranty Full Size holds 6 people 1YR Vehicle Lease In Accordance With Statement of Work | | | | |
| | Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year FOB: Destination PURCHASE REQUEST NUMBER: BOPS12400610 | | | | |

NET AMT                                                        $357,696.00

CLIN 1029 is added as follows:

W91B4M-06-D-0001
0031
Page 3 of 5

| ITEM NO 1029 | SUPPLIES/SERVICES | QUANTITY 246 | UNIT Months | UNIT PRICE $1,607.00 | AMOUNT $395,322.00 |
|---|---|---|---|---|---|

ITEM 7
FFP
MITSUBISHI PAJERO 4 CYLINDER 4X4 DIESEL TURBO CHARGE
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 150EA X 12 Months = 1800 Months/ Year
FOB: Destination
PURCHASE REQUEST NUMBER: BOPS12400610

NET AMT                                                        $395,322.00

CLIN 1030 is added as follows:

| ITEM NO 1030 EXERCISED OPTION | SUPPLIES/SERVICES | QUANTITY 6 | UNIT Months | UNIT PRICE $1,364.00 | AMOUNT $8,184.00 |
|---|---|---|---|---|---|

ITEM 19
FFP
MITSUBISHI L300 MINIBUS DIESEL OR PETROL
TIER 1: 0 to 20,000 Km with Manufacturer's Warranty
Full Size holds 6 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty Vehicles 20EA X 12 Months = 240 Months/ Year

FOB: Destination
PURCHASE REQUEST NUMBER: BOPS12400610

NET AMT                                                        $8,184.00

CLIN 1031 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1031 EXERCISED OPTION | | 6 | Months | $1,125.00 | $6,750.00 |

ITEM 27
FFP
TOYOTA COROLLA PETROL
TIER 2: 20,001 to 40,000 Km with Manufacturer's Warranty
Mid Size holds 4 people
1YR Vehicle Lease In Accordance With Statement of Work

Max Qty 6EA X 12 Months = 72 Months/ Year
FOB: Destination
PURCHASE REQUEST NUMBER: BOPS12400610

NET AMT                                        $6,750.00

## DELIVERIES AND PERFORMANCE

The following Delivery Schedule item has been added to CLIN 1028:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-DEC-2007 TO 31-MAY-2008 | N/A | TRANSPORTATION MOTOR POOL (TMP) SSG MARLON MCGEE CAMP EGGERS APO AE 09357 AFGHANISTAN 070 1237 1108 FOB: Destination | |

The following Delivery Schedule item has been added to CLIN 1030:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-DEC-2007 TO 31-MAY-2008 | N/A | TRANSPORTATION MOTOR POOL (TMP) SSG MARLON MCGEE CAMP EGGERS APO AE 09357 AFGHANISTAN 070 1237 1108 FOB: Destination | |

The following Delivery Schedule item has been added to CLIN 1031:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

POP 01-DEC-2007 TO          N/A                TRANSPORTATION MOTOR POOL (TMP)
31-MAY-2008                                    SSG MARLON MCGEE
                                               CAMP EGGERS
                                               APO AE 09357
                                               AFGHANISTAN
                                               070 1237 1108
                                               FOB: Destination

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for CLIN 1028:
    INSPECT AT              INSPECT BY      ACCEPT AT                 ACCEPT BY
    Destination             Government       Destination               Government

The following Acceptance/Inspection Schedule was added for CLIN 1029:
    INSPECT AT              INSPECT BY      ACCEPT AT                 ACCEPT BY
    Destination             Government       Destination               Government

The following Acceptance/Inspection Schedule was added for CLIN 1030:
    INSPECT AT              INSPECT BY      ACCEPT AT                 ACCEPT BY
    Destination             Government       Destination               Government

The following Acceptance/Inspection Schedule was added for CLIN 1031:
    INSPECT AT              INSPECT BY      ACCEPT AT                 ACCEPT BY
    Destination             Government       Destination               Government

(End of Summary of Changes)

# EXHIBIT 5

## Doug Schoffstall

| | |
|---|---|
| **From:** | Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC [Rebbecca.L.Brandon@afghan.swa.army.mil] |
| **Sent:** | Thursday, May 15, 2008 11:36 PM |
| **To:** | OLG |
| **Cc:** | Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4; Chandler, Camille Y USA MAJ USAF KRCC Contracting |
| **Subject:** | TO 25 |

George,

The Government, Camp Eggers, Kabul, Afghanistan, intends to keep 22 of the vehicles under Task Order 25, the owner of these vehicles are currently getting funding, 16 of the vehicles have had approved funding and will be funded when certified funds are received in the KRCC office.  The remaining users are currently working on securing funds for their vehicles.  They will need to meet the JARB and get their funds approved before the certified funds will make it to KRCC.  If you need any more information, such as which vehicles, please let me know and I will get that info forwarded to you.

Thanking you in advance,
-Rebbecca

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN:  318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil

PAGE 7
MOD TO EXTEND

## Doug Schoffstall

| | |
|---|---|
| **From:** | Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC [Rebbecca.L.Brandon@afghan.swa.army.mil] |
| **Sent:** | Thursday, May 15, 2008 11:36 PM |
| **To:** | OLG |
| **Cc:** | Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4; Chandler, Camille Y USA MAJ USAF KRCC Contracting |
| **Subject:** | TO 25 |

George,

The Government, Camp Eggers, Kabul, Afghanistan, intends to keep 22 of the vehicles under Task Order 25, the owner of these vehicles are currently getting funding, 16 of the vehicles have had approved funding and will be funded when certified funds are received in the KRCC office.  The remaining users are currently working on securing funds for their vehicles.  They will need to meet the JARB and get their funds approved before the certified funds will make it to KRCC.  If you need any more information, such as which vehicles, please let me know and I will get that info forwarded to you.

Thanking you in advance,
-Rebbecca

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN:  318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil

*[handwritten: PAGE 7 LIST & SCHEDULE]*

# Vehicles Being Extended by USDOD (2) & Totalled/Destroyed (3)

TO#25

| Tag # | Vehicle | VIN | DATE TURNED IN TO NO LEMON | Operational Key | Spare Key | Mileage | Year Model | Color |
|---|---|---|---|---|---|---|---|---|
| MP203 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001323 | CAPTF JARB | | | | | |
| MP205 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001328 | CAPTF JARB | | | | | |
| MP207 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001337 | CAPTF JARB | | | | | |
| MP212 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001583 | 1LT BLACK | | | | | |
| MP216 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001587 | CAPTF JARB | | | | | |
| MP218 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001591 | MISSING LNL KAIA | | | | | |
| MP221 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001596 | 1LT BLACK | | | | | |
| MP226 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J001606 | CAPTF JARB | | | | | |
| MP21 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLNV76W5J000270 | CAPTF JARB | | | | | |
| ILC203 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J201026491 | CAPTF JARB | | | | | |
| ILC205 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J301026404 | IED AUG07 | | | | | |
| ILC206 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J301026466 | MISSING LNL KAIA | | | | | |
| ILC211 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J901026441 | CAPTF JARB | | | | | |
| ILC212 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01JX01026304 | CAPTF JARB | | | | | |
| ILC213 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01JX01026514 | CAPTF JARB | | | | | |
| ILC214 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01JX01026609 | CAPTF JARB | | | | | |
| ILC218 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J101019662 | CAPTF JARB | | | | | |
| ILC224 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J601025215 | CAPTF JARB | | | | | |
| ILC16 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J801025622 | NO LEMON ON 18 MAY 08 | | | | | |
| ILC229 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J101025588 | CAPTF JARB | | | | | |
| ILC222 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J601025599 | 1LT BLACK | | | | | |
| ILC18 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J401026055 | CAPTF JARB | | | | | |
| ILC223 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J101026059 | 1LT BLACK | | | | | |
| ILC225 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J701026034 | TURN IN WHEN RECEIVES REPLACEMENT VEHICLE | | | | | |
| ILC14 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J301026516 | CAPTF JARB | | | | | |
| MP234 | 4cyl Mitsubishi Pajero 4X4 Turbo Charge | JMYLRV73W6J707687 | MISSING LNL KAIA | | | | | |
| ILC221 | 6 Cylinder Toyota Land Cruiser 4X4 | JTECB01J301025642 | MISSING LNL KAIA | | | | | |

## Doug Schoffstall

| | |
|---|---|
| **From:** | Brandon, Rebbecca L USA TSgt USAF CSTC-A KRCC [Rebbecca.L.Brandon@afghan.swa.army.mil] |
| **Sent:** | Thursday, May 15, 2008 11:36 PM |
| **To:** | OLG |
| **Cc:** | Tokunaga, Lance S USA Lt Col USAF CSTC-A CJ4; Chandler, Camille Y USA MAJ USAF KRCC Contracting |
| **Subject:** | TO 25 |

George,

The Government, Camp Eggers, Kabul, Afghanistan, intends to keep 22 of the vehicles under Task Order 25, the owner of these vehicles are currently getting funding, 16 of the vehicles have had approved funding and will be funded when certified funds are received in the KRCC office.  The remaining users are currently working on securing funds for their vehicles.  They will need to meet the JARB and get their funds approved before the certified funds will make it to KRCC.  If you need any more information, such as which vehicles, please let me know and I will get that info forwarded to you.

Thanking you in advance,
-Rebbecca

Rebbecca L. Drydol-Brandon, TSgt, USAF
Contracting Officer, Kabul Regional Contracting Center Kabul, Afghanistan (Camp Eggers)
DSN:  318-237-3229
NIPR: rebbecca.l.brandon@afghan.swa.army.mil

## Doug Schoffstall

| | |
|---|---|
| **From:** | CFL [hq@corpfleetlease.com] on behalf of Doug Schoffstall |
| **Sent:** | Friday, May 16, 2008 8:37 AM |
| **To:** | 'Ron_K_Garland@Key.com' |
| **Cc:** | Paul Batista (batista007@aol.com) |
| **Subject:** | TO #25 Vehicles |
| **Attachments:** | TO 25 |

Ron,

As a follow-up to my email of yesterday, attached is the email from our Contracting Officer, TSgt Brandon, confirming that the DOD is keeping 22 vehicles from TO #25.

Regards,
  George Badcock
  President
  Overseas Lease Group, Inc.
  Phone: 973-644-2226
  Fax:    973-644-2246
  Email:  hq@overseasleasegroup.com

5/16/2008