UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
OVERSEAS LEASE GROUP, INC.,

                Plaintiff,                08 Civ. 01696 (SAS)

     - against -                **NOTICE OF**
                                              **CROSS-MOTION**
KEY GOVERNMENT FINANCE, INC.,      **PURSUANT TO**
                                               **FED R. CIV. P. 56 (f)**

                Defendant.
------------------------------------------------------------------- x

       PLEASE TAKE NOTICE that upon, the annexed affirmation of Paul Batista dated May 22, 2008, together with the exhibits annexed to that affirmation ("Batista Affirmation"), plaintiff Overseas Lease Group, Inc. will cross-move this Court (Hon. Shira A. Scheindlin, U.S.D.J.) at the Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York 10007, on the return date of defendant's "Notice of Motion for Partial Summary Judgment and Other Relief" dated May 2, 2008, for an order pursuant to Fed. R. Civ. P. 56(f) regarding the document and deposition discovery identified in the supporting Batista Affirmation.

Dated:     New York, New York
             May 22, 2008

                                                   PAUL BATISTA, P.C.

                                                   By _____
                                                  Paul Batista (PB8717)
                                                  Attorney for Plaintiff
                                                      Overseas Lease Group, Inc.
                                                 26 Broadway – Suite 1900
                                                 New York, New York 10004
                                                 (212) 980-0070 (Tel)
                                                 (212) 344-7677 (Fax)

To:  MORRITT HOCK HAMROFF & HOROWITZ LLP
Attorneys for Defendant
  Key Government Finance, Inc.
400 Garden City Plaza, Suite 202
Garden City, NY 11530
(516) 873-2000