**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(212) 980-0070

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

e-mail: Batista007@aol.com                                    Facsimile: (212) 344-7677

August 20, 2008

VIA TELECOPIER (212) 805-7920
Hon. Shira Scheindlin
United States District
    Court for the Southern District
    of New York
U.S. Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

          Re:     **Overseas Lease Group, Inc. v.**
                     **Key Government Finance, Inc.,**
                     **08 Civ. 01696 (SAS)(THK)**

Dear Judge Scheindlin:

     I represent plaintiff Overseas Lease Group, Inc.

     The parties are still in the process of finalizing a definitive settlement agreement.

     Both sides had hoped to finalize the agreement by this point. However, the transaction is complex, and summer schedules have also delayed a final agreement.

     It is my expectation that an additional thirty-day extension of the Court's July 24, 2008 Order will provide sufficient time to execute a final settlement document.

                                                              Respectfully submitted,

                                                             Paul Batista

cc:    Marc Hamroff, Esq. (Via Telecopier)
        Mr. E. George Badcock

*[Handwritten endorsement:]* The parties' time to restore this action to the calendar is extended to September 22, 2008.

SO ORDERED:

Dated: New York, New York
         August 20, 2008

Shira A. Scheindlin
U.S.D.J.